AO 120 (Rev. 08/10)

| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___for the Southern District of Florida___ on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>24-CV-60156 SINGHAL | DATE FILED<br>1/29/2024 | U.S. DISTRICT COURT<br>for the Southern District of Florida |
|---|---|---|
| PLAINTIFF<br>Cartier International A.G. et al | | DEFENDANT<br>The Individual, Business Entity, or Unincorporated Association |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 411,239 | 7/9/1945 | Cartier |
| 2 | 411,240 | 1/9/1945 | Cartier |
| 3 | 759,201 | 10/29/1963 | Cartier |
| 4 | 1,114,482 | 3/6/1979 | Cartier |
| 5 | 3,476,888 | 7/29/2008 | Cartier |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 4,178,047 | 7/24/2012 | Cartier |
| 2 | 4,178,047 | 7/24/2012 | Cartier |
| 3 | 1,415,794 | 11/4/1986 | Van Cleef & Arpels |
| 4 | 1,584,572 | 2/27/1990 | Van Cleef & Arpels |
| 5 | | | See Attached Exhibits for more. |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>Angela Noble | (BY) DEPUTY CLERK<br>Patricia Curtis | DATE<br>1/29/2024 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

Print    Save As...    Reset

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO.

CARTIER INTERNATIONAL A.G. and
VAN CLEEF & ARPELS SA,

           Plaintiffs,

vs.

THE INDIVIDUAL, BUSINESS ENTITY,
OR UNINCORPORATED ASSOCIATION
d/b/a THE E-COMMERCE STORE NAMES
IDENTIFIED ON SCHEDULE "A,"

           Defendant.

_____/

## COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

Plaintiffs, Cartier International A.G. and Van Cleef & Arpels SA (collectively "Plaintiffs"),[1] hereby sue Defendant, the Individual, Business Entity, or Unincorporated Association doing business as the e-commerce store names identified on Schedule "A" hereto ("Defendant"). Defendant is promoting, offering for sale, selling, and distributing goods bearing and/or using counterfeits and confusingly similar imitations of Plaintiffs' respective trademarks within this district through various Internet based e-commerce stores operating under the e-commerce store names set forth on Schedule "A" hereto (the "E-commerce Store Names"). In support of their claims, Plaintiffs allege as follows:

## JURISDICTION AND VENUE

1.    This is an action for damages and injunctive relief for federal trademark counterfeiting and infringement, false designation of origin, common law unfair competition, and

_____

[1] Plaintiffs are subsidiaries of Compagnie Financière Richemont SA, which is one of the world's leading luxury goods groups.

common law trademark infringement pursuant to 15 U.S.C. §§ 1114, 1116, and 1125(a), The All Writs Act, 28 U.S.C. § 1651(a), and Florida's common law. Accordingly, this Court has subject matter jurisdiction over this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338. This Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367 over Plaintiffs' state law claims because those claims are so related to the federal claims that they form part of the same case or controversy.

2.      Defendant is subject to personal jurisdiction in this district because it directs business activities toward and conducts business with consumers throughout the United States, including within the State of Florida and this district through at least the Internet based e-commerce stores accessible and doing business in Florida and operating under its E-commerce Store Names. Alternatively, based on its overall contacts with the United States, Defendant is subject to personal jurisdiction in this district pursuant to Federal Rule of Civil Procedure 4(k)(2) because (i) Defendant is not subject to jurisdiction in any state's court of general jurisdiction; and (ii) exercising jurisdiction is consistent with the United States Constitution and laws.

3.      Venue is proper in this Court pursuant to 28 U.S.C. § 1391 since Defendant is, upon information and belief, a non-resident in the United States and engaged in infringing activities and causing harm within this district by advertising, offering to sell, selling, and/or shipping infringing products into this district.

## THE PLAINTIFFS

4.      Plaintiff Cartier International A.G. ("Cartier") is a public limited company organized and existing under the laws of Switzerland, having its principal place of business at Hinterbergstrasse 22, Postfach 61, 6312 Steinhausen, Switzerland.

5.      Plaintiff Van Cleef & Arpels SA ("Van Cleef") is a company organized and existing under the laws of Switzerland, having its principal place of business at 8 Route des Biches, CH-1752 Villars-sur-Glane, Switzerland.

6.      Goods bearing Plaintiffs' registered trademarks set forth below are offered for sale and sold through various channels of trade within the State of Florida, including this district, and throughout the United States. Defendant, through the advertising, sale, and offers to sell of counterfeit and infringing versions of Plaintiffs' branded products, is directly and unfairly competing with each Plaintiffs' economic interests in the United States, including within the State of Florida, and causing each Plaintiff irreparable harm within this jurisdiction.

7.      Like many other famous trademark owners, Plaintiffs suffer ongoing daily and sustained violations of their respective trademark rights at the hands of counterfeiters and infringers, such as Defendant herein, who wrongfully reproduces and counterfeits Plaintiffs' trademarks for the twin purposes of (i) duping and confusing the consuming public and (ii) earning substantial profits across their e-commerce stores.

8.      To combat the harm caused by the actions of Defendant and others engaging in similar conduct, each year Plaintiffs expend significant monetary resources in connection with trademark enforcement efforts, including legal fees, investigative fees, and support mechanisms for law enforcement. The exponential growth of counterfeiting over the Internet, including through online marketplace and social media platforms, has created an environment that requires companies, such as Plaintiffs, to expend significant resources across a wide spectrum of efforts in order to protect both consumers and themselves from the confusion and the erosion of the goodwill embodied in Plaintiffs' respective brands.

**THE DEFENDANT**

9.     Defendant is an individual, business entity of unknown makeup, or unincorporated association who, upon information and belief, resides and/or operates in a foreign jurisdiction or redistributes products from the same or similar sources in that location. Defendant has the capacity to be sued pursuant to Federal Rule of Civil Procedure 17(b). Defendant directs its business activities toward consumers throughout the United States, including within this district, through the operation of, at least, its commercial Internet based e-commerce stores under the E-commerce Store Names.

10.     Defendant uses aliases in conjunction with the operation of its business including, but not limited to, those identified on Schedule "A."

11.     Defendant is directly and personally contributing to, inducing and engaging in the sale of counterfeit branded products as alleged herein.

12.     Defendant is the past and present controlling force behind the sale of products bearing and/or using counterfeits and infringements of Plaintiffs' trademarks as described herein using, at least, the E-commerce Store Names.

13.     Defendant directly engages in unfair competition with Plaintiffs by advertising, offering for sale, and selling goods bearing and/or using counterfeits and infringements of Plaintiffs' respective trademarks to consumers within the United States and this district through Internet based e-commerce stores using, at least, the E-commerce Store Names, as well as additional e-commerce store names or seller identification aliases not yet known to Plaintiffs. Defendant has purposefully directed some portion of its unlawful activities toward consumers in the State of Florida through the advertisement, offer to sell, sale, and/or shipment of counterfeit and infringing branded versions of Plaintiffs' branded goods into the State.

14.     Defendant has registered, established or purchased, and maintained its E-commerce Store Names. Defendant may have engaged in fraudulent conduct with respect to the registration of the E-commerce Store Names by providing false and/or misleading information during the registration or maintenance process related to its E-commerce Store Names. Defendant anonymously registered and/or maintained the E-commerce Store Names for the sole purpose of engaging in unlawful infringing and counterfeiting activities.

15.     Defendant will likely continue to register or acquire new e-commerce store names and other aliases, and related payment accounts, for the purpose of offering for sale and/or selling goods bearing and/or using counterfeit and confusingly similar imitations of Plaintiffs' trademarks unless preliminarily and permanently enjoined.

16.     Defendant's E-commerce Store Names, associated payment accounts, and any other alias e-commerce store or seller names used in connection with the sale of counterfeit and infringing goods bearing and/or using Plaintiffs' respective trademarks are essential components of Defendant's online activities and are one of the means by which Defendant furthers its counterfeiting and infringement scheme and causes harm to Plaintiffs.  Moreover, Defendant is using Plaintiffs' respective famous brand names and associated trademarks to drive Internet consumer traffic to its e-commerce stores operating under the E-commerce Store Names, thereby increasing the value of the E-commerce Store Names and decreasing the size and value of Plaintiffs' legitimate marketplace and intellectual property rights at Plaintiffs' expense.

## COMMON FACTUAL ALLEGATIONS

### Cartier's Business and Trademark Rights

17.     Cartier is the owner of all rights in and to the following trademarks, which are valid

and registered on the Principal Register of the United States Patent and Trademark Office (the

"CARTIER Marks"):

| Registered Trademark | Registration Number | Registration Date | Classes/Goods |
|---|---|---|---|
| CARTIER | 0,411,239 | January 9, 1945 | IC 014 - Precious-Metal Ware-namely, the following articles made, in whole or in part, of Precious Metals or Plated With the Same; Jewel Boxes, Fobs, Bracelets, Watch Bracelets And Buckles Therefore, not including Watches, Cuff Links, Brooches, Earrings, Eyeglass Cases, Cigarette Lighters, Ash Trays, Envelope Openers, Wallets, Money Clips, Perfume Bottles, Desk Sets, Handbags, Key Chains, Finger Rings. |
| *Cartier* | 0,411,240 | January 9, 1945 | IC 014 - Articles of Jewelry for Personal Wear and for Precious-Metal Ware-Namely, the Following Articles Made, in Whole or in Part, of Precious Metals or Plated with the Same-- viz, Jewel Boxes, Fobs, Bracelets, Watch Bracelets and Buckles Therefor, Not Including Watches, Cuff Links, Brooches, Earrings, Eyeglass Cases, Cigarette Lighters, Ash Trays, Envelope Openers, Wallets, Money Clips, Perfume Bottles, Desk Sets, Handbags, Key Chains, Finger Rings |
| CARTIER | 0,759,201 | October 29, 1963 | IC 014 - Watches and Clocks |
|  | 1,114,482 | March 6, 1979 | IC 014 - Articles of jewelry, watches |

6

| BALLON BLEU | 3,476,888 | July 29, 2008 | IC 014 - Watches, Chronometers, Clocks |
| *Cartier* | 4,178,047 | July 24, 2012 | IC 014 - Jewelry and watches |

The CARTIER Marks are used in connection with the manufacture and distribution of high-quality goods in the categories identified above. True and correct copies of the Certificates of Registration for the CARTIER Marks are attached hereto as Composite Exhibit "1."

18.    The CARTIER Marks have been used in interstate commerce to identify and distinguish Cartier's high-quality goods for an extended period of time. The CARTIER Marks are symbols of Cartier's quality, reputation and goodwill and have never been abandoned.

19.    Further, Cartier expends substantial resources developing, advertising and otherwise promoting the CARTIER Marks. The CARTIER Marks qualify as famous marks as that term is used in 15 U.S.C. §1125(c)(1).

20.    Cartier extensively uses, advertises and promotes the CARTIER Marks in the United States in association with the sale of high-quality goods. As a result, the CARTIER Marks are among the most widely recognized trademarks in the United States, and the trademarks have achieved secondary meaning as an identifier of high-quality goods.

21.    Cartier has carefully monitored and policed the use of the CARTIER Marks and has never assigned or licensed the CARTIER Marks to the Defendant.

22.    Genuine goods bearing and/or using the CARTIER Marks are widely legitimately advertised and promoted by Cartier, its authorized distributors, and unrelated third parties via the Internet.  Visibility on the Internet, particularly via Internet search engines and social media

platforms, is important to Cartier's overall marketing and consumer education efforts. Thus, Cartier expends significant monetary and other resources on Internet marketing and consumer education, including search engine optimization ("SEO"), search engine marketing ("SEM"), and social media strategies. Those strategies allow Cartier and its authorized retailers to educate consumers fairly and legitimately about the value associated with the Cartier brand and the goods sold thereunder, and the problems associated with the counterfeiting of Cartier's trademarks.

**Van Cleef's Business and Trademark Rights**

23.     Van Cleef is the owner of all rights in and to the following trademarks, which are valid and registered on the Principal Register of the United States Patent and Trademark Office (the "VAN CLEEF Marks"):

| Registered Trademark | Registration Number | Registration Date | Classes/Goods |
|---|---|---|---|
| Van Cleef & Arpels | 1,415,794 | November 4, 1986 | IC 014 - Jewelry and Watches |
| VCA | 1,584,572 | February 27, 1990 | IC 014 – Jewelry |
| VC A | 2,692,672 | March 4, 2003 | IC 014 – Jewelry; Watches |
| ALHAMBRA | 2,751,878 | August 19, 2003 | IC 014 - Precious Metal And Their Alloys And Products Made Thereof Or Coated Therewith Not Included In Other Classes, Namely, Jewelry, Horological And Chronometric Instruments, Namely, Watches And Watch Bracelets And  Necklaces, Jewelry Chains Of Precious Metal, Earrings, Jewelry Rings, Pendants, Ankle Bracelets, Cuff |

| | | | Links, Studs Made Of Precious Metal |
|---|---|---|---|
| VAN CLEEF & ARPELS | 2,936,247 | March 29, 2005 | IC 014 - Items Made Of Precious Metal, Namely, Rings, Bracelets, Earrings, Necklaces, Pendants, Charms, Brooches, Clips, Hairclips, Jewelry Boxes, Jewelry Cases, Watch Bracelets And Buckles; Jewelry, Watches And Clocks |
| ALHAMBRA | 3,489,019 | August 19, 2008 | IC 014 - Jewelry; Clock And Watch Making, Namely, Watches, Watch Bracelets |

The VAN CLEEF Marks are used in connection with the manufacture and distribution of high-quality goods in the categories identified above. True and correct copies of the Certificates of Registration for the VAN CLEEF Marks are attached hereto as Composite Exhibit "2."

24.     The VAN CLEEF Marks have been used in interstate commerce to identify and distinguish Van Cleef's high-quality goods for an extended period of time. The VAN CLEEF Marks are symbols of Van Cleef's quality, reputation and goodwill and have never been abandoned.

25.     Further, Van Cleef expends substantial resources developing, advertising and otherwise promoting the VAN CLEEF Marks. The VAN CLEEF Marks qualify as famous marks as that term is used in 15 U.S.C. §1125(c)(1).

26.     Van Cleef extensively uses, advertises and promotes the VAN CLEEF Marks in the United States in association with the sale of high-quality goods. As a result, the VAN CLEEF Marks are among the most widely recognized trademarks in the United States, and the trademarks have achieved secondary meaning as an identifier of high-quality goods.

27.     Van Cleef has carefully monitored and policed the use of the VAN CLEEF Marks and has never assigned or licensed the VAN CLEEF Marks to the Defendant.

28.     Genuine goods bearing and/or using the VAN CLEEF Marks are widely legitimately advertised and promoted by Van Cleef, its authorized distributors, and unrelated third parties via the Internet.  Visibility on the Internet, particularly via Internet search engines and social media platforms, is important to Van Cleef's overall marketing and consumer education efforts. Thus, Van Cleef expends significant monetary and other resources on Internet marketing and consumer education, including SEO, SEM, and social media strategies. Those strategies allow Van Cleef and its authorized retailers to educate consumers fairly and legitimately about the value associated with the Van Cleef brand and the goods sold thereunder, and the problems associated with the counterfeiting of Van Cleef's trademarks.

**Defendant's Infringing Activities**

29.     Defendant is promoting, advertising, distributing, offering for sale, and/or selling goods in interstate commerce bearing and/or using counterfeit and confusingly similar imitations of the CARTIER Marks and VAN CLEEF Marks (the "Counterfeit Goods") through at least the Internet based e-commerce stores operating under the E-commerce Store Names. Specifically, Defendant is using the CARTIER Marks and VAN CLEEF Marks (collectively, "Plaintiffs' Marks") to initially attract online consumers and drive them to Defendant's e-commerce stores operating under the E-commerce Store Names. Defendant is using virtually identical copies of Plaintiffs' Marks for different quality goods. Plaintiffs have used their respective trademarks extensively and continuously before Defendant began offering counterfeit and confusingly similar imitations of Plaintiffs' products.

30.     Defendant's Counterfeit Goods are of a quality substantially different than that of Plaintiffs' respective, genuine goods. Defendant is actively using, promoting and otherwise advertising, distributing, offering for sale and/or selling substantial quantities of its Counterfeit

Goods with the knowledge and intent that such goods will be mistaken for the genuine high-quality goods offered for sale by Plaintiffs despite Defendant's knowledge that it is without authority to use Plaintiffs' Marks.   The net effect of Defendant's actions is likely to cause confusion of consumers, at the time of initial interest, sale, and in the post-sale setting, who will believe all of Defendant's goods offered for sale in or through Defendant's e-commerce stores are genuine goods originating from, associated with, and/or approved by Plaintiffs.

31.    Defendant advertises its e-commerce stores, including its Counterfeit Goods offered for sale, to the consuming public using, at least, the E-commerce Store Names. In so doing, Defendant improperly and unlawfully uses Plaintiffs' Marks without Plaintiffs' permission.

32.    Defendant is, upon information and belief, employing and benefitting from substantially similar advertising and marketing strategies based, in large measure, upon an unauthorized use of counterfeits and infringements of Plaintiffs' Marks. Specifically, Defendant is using counterfeits and infringements of Plaintiffs' famous names and Plaintiffs' Marks to make its e-commerce stores selling unauthorized goods appear more relevant and attractive to consumers searching for both Plaintiffs' and non-Plaintiffs' goods and information online. Many of Defendant's e-commerce stores are indexed on search engines and compete directly with Plaintiffs for space and consumer attention in the search results. By its actions, Defendant is contributing to the creation and maintenance of an unlawful marketplace operating in parallel to the legitimate marketplace for Plaintiffs' genuine goods. Defendant is causing harm to Plaintiffs and the consuming public by (i) depriving Plaintiffs and other third parties of their right to fairly compete for space online and within search engine results and reducing the visibility of Plaintiffs' genuine goods on the World Wide Web, (ii) causing an overall degradation of the value of the goodwill associated with Plaintiffs' Marks by viewing inferior products in either the pre or post sale setting,

and (iii) increasing Plaintiffs' overall cost to market their respective goods and educate consumers about their brands via the Internet.

33.     Defendant is conducting and targeting its counterfeiting and infringing activities toward consumers and causing harm within this district and elsewhere throughout the United States.  As a result, Defendant is defrauding Plaintiffs and the consuming public for Defendant's own benefit.

34.     At all times relevant hereto, Defendant has had full knowledge of Plaintiffs' respective ownership of Plaintiffs' Marks, including their exclusive rights to use and license such intellectual property and the goodwill associated therewith.

35.     Defendant's use of Plaintiffs' Marks, including the promotion and advertisement, reproduction, distribution, sale and offering for sale of its Counterfeit Goods, is without Plaintiffs' consent or authorization.

36.     Defendant is engaging in the above-described unlawful counterfeiting and infringing activities knowingly and intentionally or with reckless disregard or willful blindness to Plaintiffs' rights for the purpose of trading on Plaintiffs' respective goodwill and reputations.  If Defendant's intentional counterfeiting and infringing activities are not preliminarily and permanently enjoined by this Court, Plaintiffs and the consuming public will continue to be harmed.

37.     Defendant's above identified infringing activities are likely to cause confusion, deception, and mistake in the minds of consumers before, during, and after the time of purchase. Moreover, Defendant's wrongful conduct is likely to create a false impression and deceive consumers into believing there is a connection or association between Plaintiffs' genuine goods and Defendant's Counterfeit Goods, which there is not.

38.     Defendant's payment and financial accounts, including but not limited to those specifically set forth on Schedule "A," are being used by Defendant to accept, receive, and deposit profits from Defendant's trademark counterfeiting and infringing and unfairly competitive activities connected to its E-commerce Store Names, and any other alias e-commerce store names being used and/or controlled by Defendant.

39.     Further, Defendant, upon information and belief, is likely to transfer or secrete its assets to avoid payment of any monetary judgment awarded to Plaintiffs.

40.     Plaintiffs have no adequate remedy at law.

41.     Plaintiffs are suffering irreparable injury because of Defendant's unauthorized and wrongful use of Plaintiffs' Marks. If Defendant's counterfeiting and infringing and unfairly competitive activities are not preliminarily and permanently enjoined by this Court, Plaintiffs and the consuming public will continue to be harmed while Defendant wrongfully earns a substantial profit.

42.     The harm sustained by Plaintiffs has been directly and proximately caused by Defendant's wrongful reproduction, use, advertisement, promotion, offers to sell, and sale of its Counterfeit Goods.

## COUNT I - TRADEMARK COUNTERFEITING AND INFRINGEMENT PURSUANT TO § 32 OF THE LANHAM ACT (15 U.S.C. § 1114)

43.     Plaintiffs hereby adopt and re-allege the allegations set forth in Paragraphs 1 through 42 above.

44.     This is an action for trademark counterfeiting and infringement against Defendant based on its use of counterfeit and confusingly similar imitations of Plaintiffs' Marks in commerce in connection with the promotion, advertisement, distribution, offering for sale, and sale of the Counterfeit Goods.

45.     Defendant is promoting and otherwise advertising, selling, offering for sale, and distributing goods bearing and/or using counterfeits and/or infringements of Plaintiffs' Marks. Defendant is continuously infringing and inducing others to infringe Plaintiffs' Marks by using Plaintiffs' Marks to advertise, promote, offer to sell, and/or sell counterfeit and infringing versions of Plaintiffs' branded goods.

46.     Defendant's counterfeiting and infringing activities are likely to cause and are causing confusion, mistake, and deception among members of the trade and the general consuming public as to the origin and quality of Defendant's Counterfeit Goods.

47.     Defendant's unlawful actions have caused and are continuing to cause unquantifiable and irreparable harm to Plaintiffs and are unjustly enriching Defendant with profits at Plaintiffs' expense.

48.     Defendant's above-described unlawful actions constitute counterfeiting and infringement of Plaintiffs' Marks in violation of Plaintiffs' rights under § 32 of the Lanham Act, 15 U.S.C. § 1114.

49.     Plaintiffs have each suffered and will continue to suffer irreparable injury while Defendant is earning a substantial profit due to Defendant's above-described activities if Defendant is not preliminarily and permanently enjoined.

**COUNT II - FALSE DESIGNATION OF ORIGIN**
**PURSUANT TO § 43(a) OF THE LANHAM ACT (15 U.S.C. § 1125(a))**

50.     Plaintiffs hereby adopt and re-allege the allegations set forth in Paragraphs 1 through 42 above.

51.     Defendant's Counterfeit Goods bearing, offered for sale, and sold using copies of Plaintiffs' Marks have been widely advertised and offered for sale throughout the United States via the Internet.

52.    Defendant's Counterfeit Goods bearing, offered for sale, and sold using copies of Plaintiffs' Marks are virtually identical in appearance to Plaintiffs' genuine goods. However, Defendant's Counterfeit Goods are different in quality. Accordingly, Defendant's activities are likely to cause confusion in the trade and among consumers as to at least the origin or sponsorship of its Counterfeit Goods.

53.    Defendant has used in connection with its advertisement, offer for sale, and sale of its Counterfeit Goods, false designations of origin and false descriptions and representations, including words or other symbols and designs, which falsely describe or represent such goods and have caused such goods to enter into commerce in the United States with full knowledge of the falsity of such designations of origin and such descriptions and representations, all to Plaintiffs' detriment.

54.    Defendant has authorized infringing uses of Plaintiffs' Marks in Defendant's advertisement and promotion of its counterfeit and infringing branded goods.

55.    Additionally, Defendant is using counterfeits and infringements of Plaintiffs' Marks to unfairly compete with Plaintiffs and others for space within organic and paid search engine and social media results. Defendant is thereby (i) depriving Plaintiffs of valuable marketing and educational space online which would otherwise be available to Plaintiffs, and (ii) reducing the visibility of Plaintiffs' genuine goods on the World Wide Web and across social media platforms.

56.    Defendant's above-described actions are in violation of Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a).

57.    Plaintiffs have no adequate remedy at law and have each sustained injury caused by Defendant's conduct. Absent an entry of an injunction by this Court, Plaintiffs will continue to

suffer irreparable injury to their goodwill and respective business reputations, while Defendant is earning a substantial profit.

### COUNT III – COMMON LAW UNFAIR COMPETITION

58.     Plaintiffs hereby adopt and re-allege the allegations set forth in Paragraphs 1 through 42 above.

59.     This is an action against Defendant based on its promotion, advertisement, distribution, offering for sale, and/or sale of goods bearing and/or using marks that are virtually identical to Plaintiffs' Marks in violation of Florida's common law of unfair competition.

60.     Specifically, Defendant is promoting and otherwise advertising, selling, offering for sale, and distributing goods bearing and/or using counterfeits and infringements of Plaintiffs' Marks. Defendant is also using counterfeits and infringements of Plaintiffs' Marks to unfairly compete with Plaintiffs and others for (i) space in search engine and social media results across an array of search terms and (ii) visibility on the World Wide Web.

61.     Defendant's infringing activities are likely to cause and are causing confusion, mistake, and deception among consumers as to the origin and quality of Defendant's e-commerce stores as a whole and all products sold therein by its use of Plaintiffs' Marks.

62.     Plaintiffs have no adequate remedy at law and are suffering irreparable injury because of Defendant's actions, while Defendant is earning a substantial profit.

### COUNT IV - COMMON LAW TRADEMARK INFRINGEMENT

63.     Plaintiffs hereby adopt and re-allege the allegations set forth in Paragraphs 1 through 42 above.

64.     Plaintiffs are the respective owners of all common law rights in and to their respective Plaintiffs' Marks.

65.     This is an action for common law trademark infringement against Defendant based on its promotion, advertisement, offering for sale, and sale of its Counterfeit Goods bearing and/or using Plaintiffs' Marks.

66.     Specifically, Defendant is promoting and otherwise advertising, distributing, offering for sale, and selling goods bearing and/or using infringements of Plaintiffs' Marks.

67.     Defendant's infringing activities are likely to cause and are causing confusion, mistake and deception among consumers as to the origin and quality of Defendant's Counterfeit Goods bearing and/or using Plaintiffs' Marks.

68.     Plaintiffs have no adequate remedy at law and are suffering irreparable injury because of Defendant's actions, while Defendant is earning a substantial profit.

## PRAYER FOR RELIEF

69.     WHEREFORE, Plaintiffs demand judgment on all Counts of this Complaint and an award of equitable relief and monetary relief against Defendant as follows:

a.     Entry of temporary, preliminary, and permanent injunctions pursuant to 15 U.S.C. § 1116, 28 U.S.C. § 1651(a), The All Writs Act, and Federal Rule of Civil Procedure 65 enjoining Defendant, its agents, representatives, servants, employees, and all those acting in concert or participation therewith, from manufacturing or causing to be manufactured, importing, advertising or promoting, distributing, selling or offering to sell its Counterfeit Goods; from infringing, counterfeiting, or diluting Plaintiffs' Marks; from using Plaintiffs' Marks, or any mark or design similar thereto, in connection with the sale of any unauthorized goods; from using any logo, trade name or trademark or design that may be calculated to falsely advertise the services or goods of Defendant as being sponsored by, authorized by, endorsed by, or in any way associated with Plaintiffs; from falsely representing themselves as being connected with Plaintiffs, through

sponsorship or association, or engaging in any act that is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Defendant are in any way endorsed by, approved by, and/or associated with Plaintiffs; from using any reproduction, counterfeit, infringement, copy, or colorable imitation of Plaintiffs' Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by Defendant; from affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent Defendant's goods as being those of Plaintiffs, or in any way endorsed by Plaintiffs and from offering such goods in commerce; from engaging in search engine optimization strategies using colorable imitations of Plaintiffs' names or trademarks and from otherwise unfairly competing with Plaintiffs.

b.      Entry of a temporary restraining order, as well as preliminary and permanent injunctions pursuant to 28 U.S.C. § 1651(a), The All Writs Act, and the Court's inherent authority enjoining Defendant and all third parties with actual notice of an injunction issued by the Court from participating in, including providing financial services, technical services or other support to, Defendant in connection with the sale and distribution of non-genuine goods bearing and/or using counterfeits and/or infringements of Plaintiffs' Marks.

c.      Entry of an order pursuant to 28 U.S.C. § 1651(a), The All Writs Act, and this Court's inherent authority that, upon Plaintiffs' request, those acting in concert or participation as service providers to Defendant, who have notice of the injunction, shall cease hosting, facilitating access to, or providing any supporting service to any and all e-commerce stores, including but not limited to the E-commerce Store Names, through which Defendant engages in the promotion, offering for sale and/or sale of goods bearing and/or using counterfeits and/or infringements of Plaintiffs' Marks.

d.      Entry of an order pursuant to 28 U.S.C. § 1651(a), The All Writs Act, and the Court's inherent authority that, upon Plaintiffs' request, any Internet marketplace website operators, administrators, registrars, and/or top level domain (TLD) Registries for the E-commerce Store Names who are provided with notice of an injunction issued by the Court, shall identify any e-mail address known to be associated with Defendant's E-commerce Store Names.

e.      Entry of an order pursuant to 15 U.S.C. § 1116, 28 U.S.C. §1651(a), The All Writs Act, and the Court's inherent authority that upon Plaintiffs' request, the Defendant and the top level domain (TLD) Registry for each of the E-commerce Store Names, and any other e-commerce stores used by Defendant or its administrators, including backend registry operators or administrators, place the E-commerce Store Names on Registry Hold status for the remainder of the registration period for any such e-commerce store, thus removing them from the TLD zone files which link the E-commerce Store Names and any other e-commerce store name being used and/or controlled by Defendant to engage in the business of marketing, offering to sell, and/or selling goods bearing and/or using counterfeits and infringements of Plaintiffs' Marks, to the IP addresses where the associated e-commerce stores are hosted.

f.      Entry of an order pursuant to 28 U.S.C. § 1651(a), The All Writs Act, and the Court's inherent authority canceling for the life of the current registration or, at Plaintiffs' election, transferring the E-commerce Store Names and any other e-commerce store names used by Defendant to engage in its counterfeiting of Plaintiffs' Marks to Plaintiffs' control so they may no longer be used for unlawful purposes.

g.      Entry of an order pursuant to 28 U.S.C. § 1651(a), The All Writs Act and the Court's inherent authority authorizing Plaintiffs to request any Internet search engines or service provider referring or linking users to any URL of the E-commerce Store Names, which are

19

provided with notice of the order, to permanently disable, de-index or delist all URLs of the E-commerce Store Names and/or permanently disable the references or links to all URLs of the E-commerce Store Names used by Defendant to promote, offer for sale and/or sell goods bearing and/or using counterfeits and/or infringements of Plaintiffs' Marks, based upon Defendant's unlawful activities being conducted via the E-commerce Store Names as a whole and via any specific URLs identified by Plaintiffs.

      h.      Entry of an order pursuant to 15 U.S.C. § 1116 and the Court's inherent authority, requiring Defendant, its agent(s) or assign(s) to assign all rights, title, and interest, to their E-commerce Store Names to Plaintiffs and, if within five (5) days of entry of such order Defendant fails to make such an assignment, the Court order the act to be done by another person appointed by the Court at Defendant's expense, such as the Clerk of Court, pursuant to Federal Rule of Civil Procedure 70(a).

      i.      Entry of an order pursuant to 15 U.S.C. § 1116 and the Court's inherent authority, requiring Defendant, its agent(s) or assign(s) to instruct all search engines to permanently delist or deindex the E-commerce Store Names and, if within five (5) days of entry of such order Defendant fails to make such a written instruction, the Court order the act to be done by another person appointed by the Court at Defendant's expense, such as the Clerk of Court, pursuant to Federal Rule of Civil Procedure 70(a).

      j.      Entry of an order pursuant to 28 U.S.C. § 1651(a), The All Writs Act, and the Court's inherent authority that, upon Plaintiffs' request, any Internet marketplace website operators and/or administrators who are provided with notice of an injunction issued by the Court, shall permanently remove any and all listings and associated images of goods bearing and/or using counterfeits and/or infringements of Plaintiffs' Marks via the e-commerce stores operating under

the E-commerce Store Names, and upon Plaintiffs' request, any other listings and images of goods bearing and/or using counterfeits and/or infringements of Plaintiffs' Marks associated with or linked to the same sellers or linked to any other e-commerce store names being used and/or controlled by Defendant to promote, offer for sale and/or sell goods bearing and/or using counterfeits and/or infringements of Plaintiffs' Marks.

k.      Entry of an order pursuant to 28 U.S.C. § 1651(a), The All Writs Act, and the Court's inherent authority that, upon Plaintiffs' request, Defendant and any Internet marketplace website operators and/or administrators who are provided with notice of an injunction issued by the Court, shall immediately cease fulfillment of and sequester all goods of Defendant bearing and/or using Plaintiffs' Marks in its inventory, possession, custody, or control, and surrender those goods to Plaintiffs.

l.      Entry of an order requiring, upon Plaintiffs' request, Defendant to request in writing permanent termination of any E-commerce Store Names, messaging services, usernames, e-commerce stores, and social media accounts it owns, operates, or controls on any messaging service, e-commerce marketplace, or social media website.

m.      Entry of an order pursuant to 28 U.S.C. § 1651(a), The All Writs Act, and the Court's inherent authority, authorizing Plaintiffs to serve an injunction issued by the Court on any e-mail service provider with a request that the service provider permanently suspend the e-mail addresses that are used by Defendant in connection with Defendant's promotion, offering for sale, and/or sale of goods bearing and/or using counterfeits and/or infringements of Plaintiffs' Marks.

n.      Entry of an order pursuant to 28 U.S.C. § 1651(a), The All Writs Act, and the Court's inherent authority authorizing Plaintiffs to serve the injunction on the e-commerce store's registrar(s) and/or the privacy protection service(s) for the E-commerce Store Names to disclose

21

to Plaintiffs the true identities and contact information for the registrants of the E-commerce Store Names.

o.      Entry of an order requiring Defendant to account to and pay Plaintiffs for all profits earned from Defendant's trademark counterfeiting and infringing and unfairly competitive activities and that the profit award to Plaintiffs be trebled, as provided for under 15 U.S.C. §1117, or that Plaintiffs be awarded statutory damages from Defendant in the amount of two million dollars ($2,000,000.00) per each counterfeit trademark used and product type offered for sale or sold, as provided by 15 U.S.C. §1117(c)(2) of the Lanham Act.

p.      Entry of an award pursuant to 15 U.S.C. § 1117 (a) and (b) of Plaintiffs' costs and reasonable attorneys' fees and investigative fees associated with bringing this action.

q.      Entry of an order pursuant to 15 U.S.C. § 1116, 28 U.S.C. § 1651(a), The All Writs Act, Federal Rule of Civil Procedure 65, and the Court's inherent authority that, upon Plaintiffs' request, Defendant and any financial institutions, payment processors, banks, escrow services, money transmitters, e-commerce shipping partner, fulfillment center, warehouse, storage facility, or marketplace platforms, and their related companies and affiliates, identify and restrain all funds, up to and including the total amount of judgment, in all financial accounts and/or sub-accounts used in connection with the E-commerce Store Names, or other alias identification names used by Defendant presently or in the future, as well as any other related accounts of the same customer(s) and any other accounts which transfer funds into the same financial institution account(s), and remain restrained until such funds are surrendered to Plaintiffs in partial satisfaction of the monetary judgment entered herein.

r.      Entry of an order requiring Defendant, at Plaintiffs' request, to pay the cost necessary to correct any erroneous impression the consuming public may have received or derived

concerning the nature, characteristics, or qualities of Defendant's products, including without limitation, the placement of corrective advertising and providing written notice to the public.

        s.        Entry of an award of pre-judgment interest on the judgment amount.

        t.        Entry of an order for any further relief as the Court may deem just and proper.

DATED: January 29, 2024.        Respectfully submitted,

STEPHEN M. GAFFIGAN, P.A.

By:   **Stephen M. Gaffigan**
Stephen M. Gaffigan (Fla. Bar No. 025844)
Virgilio Gigante (Fla. Bar No. 082635)
T. Raquel Wiborg-Rodriguez (Fla. Bar. No. 103372)
Christine Ann Daley (Fla. Bar No. 98482)
Mallory Ruth Denzl (Fla. Bar No. 1050351)
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
E-mail: Stephen@smgpa.cloud
E-mail: Leo@smgpa.cloud
E-mail: Raquel@smgpa.cloud
E-mail: Christine@smgpa.cloud
E-mail: MalloryR@smgpa.cloud

Attorneys for Plaintiffs

23

## SCHEDULE "A"

**[This page is the subject of Plaintiffs' Motion to File Under Seal.  As such, this page has been redacted in accordance with L.R. 5.4(b)(1)]**

Composite Exhibit 1

**Registered Jan. 9, 1945**

**Trade-Mark 411,239**

# UNITED STATES PATENT OFFICE

Cartier, Inc., New York, N. Y.

Act of February 20, 1905

Application July 1, 1944, Serial No. 471,851

# CARTIER

## STATEMENT

*To the Commissioner of Patents:*

Cartier, Inc., a corporation duly organized under the laws of the State of New York and located at New York city, N. Y., and doing business at 653 Fifth Avenue, New York city, 22, N. Y., has adopted and used the trade-mark shown in the accompanying drawing, for PRECIOUS-METAL WARE—NAMELY, THE FOLLOWING ARTICLES MADE, IN WHOLE OR IN PART, OF PRECIOUS METALS OR PLATED WITH THE SAME: VIZ., COMBS AND COMB CASES, JEWEL BOXES AND CASES, HAT ORNAMENTS, TIE CLIPS, FOBS, CHARMS, BRACELETS, WATCH BRACELETS AND BUCKLES THEREFOR, NOT INCLUDING WATCHES, CUFF LINKS, COLLAR BUTTONS, SHIRT STUDS, WAIST COAT BUTTONS, LOCKETS, BROOCHES, HAIR ORNAMENTS, EARRINGS, HAT PINS, JEWELRY CLIPS, JEWELRY NOVELTIES, HOLDERS FOR COSMETICS, EYEGLASS CASES, CIGAR AND CIGARETTE CASES AND BOXES AND SNUFF BOXES, CIGARETTE AND CIGAR HOLDERS, PIPES, CIGAR AND CIGARETTE LIGHTERS, HUMIDORS AND ASH TRAYS, JEWELRY INITIALS, COMMEMORATIVE AND MILITARY AND NAVAL DECORATION MEDALS AND INSIGNIA, PICTURE AND MIRROR FRAMES, FITTINGS FOR TRAVELING BAGS, HANDLES AND ORNAMENTS FOR CANES AND UMBRELLAS, BOTTLE OPENERS, POCKET KNIVES, ENVELOPE OPENERS, WALLETS, MONEY CLIPS, PERFUME BOTTLES, COCKTAIL MIXERS, DESK SETS, HANDBAGS, FLATWARE AND HOLLOW-WARE, TRAYS, PITCHERS, BOWLS, VASES, TEA AND COFFEE SERVICES, MATCH BOXES, POCKET FLASKS, TOILET ARTICLES, RAZOR SETS, KEY CHAINS, FINGER RINGS, THIMBLES, CHECK BOOK COVERS, BOOK MARKS, COMPASSES, MESH BAGS, CANDLESTICKS, AND FOR AQUATIC SHELLS AND PARTS THEREOF ENCRUSTED OR OTHERWISE ORNAMENTED WITH EITHER OR BOTH PRECIOUS METALS AND JEWELS— in Class 28, Jewelry and precious-metal ware, and presents herewith five specimens showing the trade-mark as actually used by applicant upon the goods, and requests that the same be registered in the United States Patent Office in accordance with the act of February 20, 1905.

The trade-mark has been continuously used in applicant's business and in the business of applicant's predecessors since 1859.

The mark has been in actual use as a trade-mark by the applicant and applicant's predecessors from whom title was derived for ten years next preceding February 20, 1905, and such use has been exclusive.

The trade-mark is applied or affixed to either or both the goods and to the packages containing the same by engraving or die stamping the mark directly upon the goods or by applying to the goods a label on which the mark is shown.

Applicant is the owner of registration No. 144,363, of July 5, 1921, and renewed to July 5, 1961.

CARTIER, INC.,
By R. J. POUECH,
*Vice-President.*



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Mar 13 03:47:02 EDT 2018*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

| Logout | Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |    *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | CARTIER |
| **Goods and Services** | IC 008 014. US 028. G & S: PRECIOUS-METAL WARE-NAMELY, THE FOLLOWING ARTICLES MADE, IN WHOLE OR IN PART, OF PRECIOUS METALS OR PLATED WITH THE SAME; [ VIZ ;, COMBS AND COMB CASES, ] JEWEL BOXES [ AND CASES, HAT ORNAMENTS, TIE CLIPS, ] FOBS, [ CHARMS, ] BRACELETS, WATCH BRACELETS AND BUCKLES THEREFORE, NOT INCLUDING WATCHES, CUFF LINKS, [ COLLAR BUTTONS, SHIRT STUDS, WAIST COAT BUTTONS, LOCKETS, ] BROOCHES, [ HAIR ORNAMENTS, ] EARRINGS, [ HAT PINS, JEWELRY CLIPS, JEWELRY NOVELTIES, HOLDERS FOR COSMETICS ] EYEGLASS CASES, [ CIGAR AND CIGARETTE CASES AND BOXES AND SNUFF BOXES, CIGARETTE AND CIGAR HOLDERS, PIPES, CIGAR AND ] CIGARETTE LIGHTERS, [ HUMIDORS AND ] ASH TRAYS [, JEWELRY INITIALS, COMMEMORATIVE AND MILITARY AND NAVAL DECORATION MEDALS AND INSIGNIA, PICTURE AND MIRROR FRAMES, FITTINGS FOR TRAVELING BAGS, HANDLES, AND ORNAMENTS FOR CANES AND UMBRELLAS, BOTTLE OPENERS, POCKET KNIVES, ] ENVELOPE OPENERS, WALLETS, MONEY CLIPS, PERFUME BOTTLES,[ COCKTAIL MIXERS ], DESK SETS, HANDBAGS [, FLATWARE AND HOLLOWWEAR TRAYS, PITCHERS, BOWLS, VASES, TEA AND COFFE SERVICES, MATCH BOXES, POCKET FLASKS, TOILET ARTICLES, RAZOR SETS, ] KEY CHAINS, FINGER RINGS, [ THIMBLES, CHECK BOOK COVERS, BOOK MARKS, COMPASSES, MESH BAGS, CANDLESTICKS, AND FOR AQUATIC SH AND PARTS THEREOF ENCRUSTED OR OTHERWISE ORNAMENTED WITH EITHER OR BOTH PRECIOUS METALS AND JEWELS ]. FIRST USE: 18591231. FIRST USE IN COMMERCE: 18591231 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 71471851 |
| **Filing Date** | July 1, 1944 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | **0411239** |
| **Registration Date** | January 9, 1945 |
| **Owner** | (REGISTRANT) CARTIER, INC. CORPORATION NEW YORK 653 FIFTH AVE. NEW YORK NEW YORK 10022 |

(LAST LISTED OWNER) CARTIER INTERNATIONAL A.G. CORPORATION SWITZERLAND HINTERBERGSTRASSE 22, POSTFACH 61 6312 STEINHAUSEN SWITZERLAND

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | LAWRENCE E. APOLZON |
| **Prior Registrations** | 0144363 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 12C. SECT 15. SECTION 8(10-YR) 20150114. |
| **Renewal** | 4TH RENEWAL 20150114 |
| **Live/Dead Indicator** | LIVE |

TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  SEARCH OG  TOP  HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |



## United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help



**Assignments on the Web** > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 5**

| | | | |
|---|---|---|---|
| Serial #: 71471851 | Filing Dt: 07/01/1944 | Reg #: 411239 | Reg. Dt: 01/09/1945 |

**Registrant:** CARTIER, INC.

**Mark:** CARTIER

## Assignment: 1

**Reel/Frame:** 0294/0453  **Recorded:** 09/15/1976  **Pages:** 5

**Conveyance:** CERTIFIED COPY OF MERGER FILED IN THE OFFICE OF THE SECRETARY OF STATE OF DELAWARE, SHOWING MERGER OF ASSIGNORS AND CHANGE OF NAME OF THE SURVIVING CORPORATION ON JULY 26, 1976, EFFECTIVE JULY 30, 1976.

**Assignors:** CARTIER, INCORPORATED, -MERGED INTO-

**Exec Dt:** 08/04/1976
**Entity Type:** CORPORATION
**Citizenship:** NEW YORK

GHI CORP., -CHANGED TO-

**Exec Dt:** 00/00/0000
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** CARTIER, INCORPORATED

**Entity Type:** UNKNOWN
**Citizenship:** NONE

**Correspondent:** JAMES L. BIKOFF, ESQ.

CARTIER, INCORPORATED

653 FIFTH AVENUE

NEW YORK, NY 10022

## Assignment: 2

**Reel/Frame:** 0827/0110  **Recorded:** 10/02/1991  **Pages:** 7

**Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

**Assignor:** CARTIER, INCORPORATED

**Exec Dt:** 04/24/1991
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** CARTIER INTERNATIONAL, INC.

2 EAST 52ND STREET

NEW YORK, NEW YORK

**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Correspondent:** KATHYRN JENNISON SHULTZ

ELLSWORTH M. JENNISON

CRYSTAL PLAZA #1-SUITE 704

2001 JEFFERSON DAVIS HIGHWAY

ARLINGTON, VA 22202

## Assignment: 3

**Reel/Frame:** 0827/0117  **Recorded:** 10/02/1991  **Pages:** 7

**Conveyance:** ASSIGNS THE ENTIRE RIGHT, TITLE AND INTEREST; EFFECTIVE JANUARY 1, 1990.

**Assignor:** CARTIER INTERNATIONAL, INC.

**Exec Dt:** 04/25/1991
**Entity Type:** CORPORATION

|  |  |
|---|---|
| | **Citizenship:** DELAWARE |
| **Assignee:** CARTIER INTERNATIONAL, B.V. | **Entity Type:** CORPORATION |
| | **Citizenship:** NETHERLANDS |
| HERENGRACHT 436 | |
| AMSTERDAM-C, NETHERLANDS | |
| **Correspondent:** KATHRYN JENNISON SHULTZ | |
| ELLSWORTH M. JENNISON | |
| CRYSTAL PLAZA #1-SUITE 704 | |
| 2001 JEFFERSON DAVIS HIGHWAY | |
| ARLINGTON, VA 22202 | |

## Assignment: 4

| | | |
|---|---|---|
| **Reel/Frame:** 3400/0443 | **Recorded:** 09/11/2006 | **Pages:** 23 |
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST | | |
| **Assignor:** CARTIER INTERNATIONAL B.V. | **Exec Dt:** 10/31/2005 | |
| | **Entity Type:** COMPANY-EQUIVALENT + US CORP. | |
| | **Citizenship:** NONE | |
| **Assignee:** CARTIER INTERNATIONAL N.V. | **Entity Type:** COMPANY - US EQUIR. CORPORATION | |
| SCHARLOOWEG 33 | | |
| CURACAO, NETHERLANDS ANTILLES | **Citizenship:** NONE | |
| **Correspondent:** HELEN M. O'SHAUGHNESSY | | |
| 2 EAST 52 STREET | | |
| NEW YORK N.Y 10022 | | |

## Assignment: 5

| | | |
|---|---|---|
| **Reel/Frame:** 4252/0184 | **Recorded:** 08/02/2010 | **Pages:** 12 |
| **Conveyance:** CHANGE OF NAME | | |
| **Assignor:** CARTIER INTERNATIONAL N.V. | **Exec Dt:** 12/14/2009 | |
| | **Entity Type:** CORPORATION | |
| | **Citizenship:** NETHERLANDS ANTILLES | |
| **Assignee:** CARTIER INTERNATIONAL A.G. | **Entity Type:** CORPORATION | |
| HINTERBERGSTRASSE 22, POSTFACH 61 | **Citizenship:** SWITZERLAND | |
| 6312 STEINHAUSEN, SWITZERLAND | | |
| **Correspondent:** MILTON SPRINGUT | | |
| 488 MADISON AVENUE | | |
| 19 FL | | |
| NEW YORK, NY 10022 | | |

Search Results as of: 03/13/2018 02:25 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

Registered Jan. 9, 1945

# Trade-Mark 411,240

# UNITED STATES PATENT OFFICE

Cartier, Inc., New York, N. Y.

Act of February 20, 1905

Application July 1, 1944, Serial No. 471,852

## *Cartier*

## STATEMENT

*To the Commissioner of Patents:*

Cartier, Inc., a corporation duly organized under the laws of the State of New York and located at New York city, N. Y., and doing business at 653 Fifth Avenue, New York city 22, N. Y., has adopted and used the trade-mark shown in the accompanying drawing, for ARTICLES OF JEWELRY FOR PERSONAL WEAR AND FOR PRECIOUS-METAL WARE — NAMELY, THE FOLLOWING ARTICLES MADE, IN WHOLE OR IN PART, OF PRECIOUS METALS OR PLATED WITH THE SAME: VIZ., COMBS AND COMB CASES, JEWEL BOXES AND CASES, HAT ORNAMENTS, TIE CLIPS, FOBS, CHARMS, BRACELETS, WATCH BRACELETS AND BUCKLES THEREFOR, NOT INCLUDING WATCHES, CUFF LINKS, COLLAR BUTTONS, SHIRT STUDS, WAIST COAT BUTTONS, LOCKETS, BROOCHES, HAIR ORNAMENTS, EARRINGS, HAT PINS, JEWELRY CLIPS, JEWELRY NOVELTIES, HOLDERS FOR COSMETICS, EYEGLASS CASES, CIGAR AND CIGARETTE CASES AND BOXES AND CIGAR AND CIGARETTE LIGHTERS, SNUFF BOXES, CIGARETTE AND CIGAR HOLDERS, PIPES, HUMIDORS, AND ASH TRAYS, JEWELRY INITIALS, COMMEMORATIVE AND MILITARY AND NAVAL DECORATION MEDALS AND INSIGNIA, PICTURE AND MIRROR FRAMES, FITTINGS FOR TRAVELING BAGS, HANDLES AND ORNAMENTS FOR CANES AND UMBRELLAS, BOTTLE OPENERS, POCKET KNIVES, ENVELOPE OPENERS, WALLETS, MONEY CLIPS, PERFUME BOTTLES, COCKTAIL MIXERS, DESK SETS, HANDBAGS, FLATWARE AND HOLLOWWARE, TRAYS, PITCHERS, BOWLS, VASES, TEA AND COFFEE SERVICES, MATCH BOXES, POCKET FLASKS, TOILET ARTICLES, RAZOR SETS, KEY CHAINS, FINGER RINGS, THIMBLES, CHECK BOOK COVERS, BOOK MARKS, COMPASSES, MESH BAGS, CANDLESTICKS, CANDELABRAS, JEWELRY CASES, BONBON CONTAINERS, CROSSES, ROSARIES AND BUCKLES, AND FOR AQUATIC SHELLS AND PARTS THEREOF ENCRUSTED OR OTHERWISE ORNAMENTED WITH EITHER OR BOTH PRECIOUS METALS AND JEWELS — in Class 28, Jewelry and precious-metal ware, and presents herewith five specimens showing the trade-mark as actually used by applicant upon the goods, and requests that the same be registered in the United States Patent Office in accordance with the act of February 20, 1905.

The trade-mark has been continuously used in applicant's business and in the business of applicant's predecessors since 1859.

The mark has been in actual use as a trade-mark by the applicant and applicant's predecessors from whom title was derived for ten years next preceding February 20, 1905, and such use has been exclusive.

The trade-mark is applied or affixed to either or both the goods and to the packages containing the same by engraving or die stamping the mark directly upon the goods or by applying to the goods a label on which the mark is shown.

Applicant is the owner of registration No. 144,363, of July 5, 1921, and renewed to July 5, 1961.

CARTIER, INC.,
By RENÉ J. POUECH,
*Vice-President.*



## United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help



## United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Apr 10 03:21:06 EDT 2017*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout    Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |    *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | CARTIER |
| **Goods and Services** | IC 008 014. US 028. G & S: Articles of Jewelry for Personal Wear and for Precious-Metal Ware-Namely, the Following Articles Made, in Whole or in Part, of Precious Metals or Plated with the Same-- viz;, [ Combs and [ Comb Cases ], Jewel Boxes [ and Cases ], [Hat Ornaments; TiE e Clips ], Fobs, [ Charms ], Bracelets, Watch Bracelets and Buckles Therefor, Not Including Watches, Cuff Links, [ Collar Buttons ] [, Shirt Studs, ] [ Waist Coat Buttons, Lockets ], Brooches, [ Hair Ornaments ], Earrings, [ Hat Pins, Jewelry Clips, Jewelry Novelties, Holders for Cosmetics ], Eyeglass Cases, [ Cigar and ] [ Cigarette Cases ] [ and Boxes and Cigar and ] Cigarette Lighters, [ Snuff Boxes ] [, Cigarette and Cigar Holders, ] [Pi pes, ] [ Humidors, and ] Ash Trays, [ Jewelry Initials, Commemorative and Military a nd Naval Decoration Medals and Insignia, Picture and ] [ Mirror Frames, ] [ Fittings for Traveling Bags, Handles and Ornaments for Canes and Umbrellas, Bottle Openers, Pocket Knives ], Envelope Openers, Wallets, Money Clips, Perfume Bottles, [ Cocktail Mixers ], Desk Sets, Handbags, [ Flatware and Hollowware, ] [ Trays, Pitchers, Bowls ], [ Vases, Tea and Coffee Services, ] [ Match Boxes ] [, Pocket Flasks, Toilet Articles, ] [ Razor Sets, ] Key Chains, Finger Rings, [ Thimbles, Check Book Covers, Book Ma rks ] [, Compasses, ] [ Mesh Bags ] [, CandlestiCKcks, ] [ Candelabras, Jewelry Cases, Bonbon Containers, Crosses, Rosaries and Buckles, and for Aquatic Shells and Parts Thereof Encrusted or Otherwise Ornamented with Either or Both Precious Metals and Jewels]. FIRST USE: 18590000. FIRST USE IN COMMERCE: 18590000. |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 71471852 |
| **Filing Date** | July 1, 1944 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | **0411240** |

| | |
|---|---|
| **Registration Date** | January 9, 1945 |
| **Owner** | (REGISTRANT) CARTIER, INC. CORPORATION NEW YORK 653 FIFTH AVENUE NEW YORK NEW YORK 10022 |
| | (LAST LISTED OWNER) CARTIER INTERNATIONAL A.G. CORPORATION SWITZERLAND HINTERBERGSTRASSE 22, POSTFACH 61 6312 STEINHAUSEN SWITZERLAND |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | LAWRENCE E. APOLZON |
| **Prior Registrations** | 0144363 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 12C. SECT 15. SECTION 8(10-YR) 20150126. |
| **Renewal** | 4TH RENEWAL 20150126 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| **HOME** | **SITE INDEX** | **SEARCH** | **eBUSINESS** | **HELP** | **PRIVACY POLICY** |



## United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help



**Assignments on the Web** > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 5**

| | | | |
|---|---|---|---|
| **Serial #:** 71471852 | **Filing Dt:** 07/01/1944 | **Reg #:** 411240 | **Reg. Dt:** 01/09/1945 |

**Registrant:** CARTIER, INC.

**Mark:** CARTIER

## Assignment: 1

**Reel/Frame:** 0294/0453          **Recorded:** 09/15/1976          **Pages:** 5

**Conveyance:** CERTIFIED COPY OF MERGER FILED IN THE OFFICE OF THE SECRETARY OF STATE OF DELAWARE, SHOWING MERGER OF ASSIGNORS AND CHANGE OF NAME OF THE SURVIVING CORPORATION ON JULY 26, 1976, EFFECTIVE JULY 30, 1976.

**Assignors:** CARTIER, INCORPORATED, -MERGED INTO-

           **Exec Dt:** 08/04/1976
           **Entity Type:** CORPORATION
           **Citizenship:** NEW YORK

GHI CORP., -CHANGED TO-

           **Exec Dt:** 00/00/0000
           **Entity Type:** CORPORATION
           **Citizenship:** DELAWARE

**Assignee:** CARTIER, INCORPORATED

           **Entity Type:** UNKNOWN
           **Citizenship:** NONE

**Correspondent:** JAMES L. BIKOFF, ESQ.

CARTIER, INCORPORATED

653 FIFTH AVENUE

NEW YORK, NY 10022

## Assignment: 2

**Reel/Frame:** 0827/0110          **Recorded:** 10/02/1991          **Pages:** 7

**Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

**Assignor:** CARTIER, INCORPORATED

           **Exec Dt:** 04/24/1991
           **Entity Type:** CORPORATION
           **Citizenship:** DELAWARE

**Assignee:** CARTIER INTERNATIONAL, INC.

           **Entity Type:** CORPORATION
           **Citizenship:** DELAWARE

2 EAST 52ND STREET

NEW YORK, NEW YORK

**Correspondent:** KATHYRN JENNISON SHULTZ

ELLSWORTH M. JENNISON

CRYSTAL PLAZA #1-SUITE 704

2001 JEFFERSON DAVIS HIGHWAY

ARLINGTON, VA 22202

## Assignment: 3

**Reel/Frame:** 0827/0117          **Recorded:** 10/02/1991          **Pages:** 7

**Conveyance:** ASSIGNS THE ENTIRE RIGHT, TITLE AND INTEREST; EFFECTIVE JANUARY 1, 1990.

**Assignor:** CARTIER INTERNATIONAL, INC.          **Exec Dt:** 04/25/1991

           **Entity Type:** CORPORATION

|  |  | **Citizenship:** DELAWARE |
| --- | --- | --- |
| **Assignee:** CARTIER INTERNATIONAL, B.V. | | **Entity Type:** CORPORATION |
| | | **Citizenship:** NETHERLANDS |
| HERENGRACHT 436 | | |
| AMSTERDAM-C, NETHERLANDS | | |
| **Correspondent:** KATHRYN JENNISON SHULTZ | | |
| ELLSWORTH M. JENNISON | | |
| CRYSTAL PLAZA #1-SUITE 704 | | |
| 2001 JEFFERSON DAVIS HIGHWAY | | |
| ARLINGTON, VA 22202 | | |

## Assignment: 4

| | | |
| --- | --- | --- |
| **Reel/Frame:** 3400/0443 | **Recorded:** 09/11/2006 | **Pages:** 23 |
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST | | |
| **Assignor:** CARTIER INTERNATIONAL B.V. | **Exec Dt:** 10/31/2005 | |
| | **Entity Type:** COMPANY-EQUIVALENT + US CORP. | |
| | **Citizenship:** NONE | |
| **Assignee:** CARTIER INTERNATIONAL N.V. | **Entity Type:** COMPANY - US EQUIR. CORPORATION | |
| SCHARLOOWEG 33 | | |
| CURACAO, NETHERLANDS ANTILLES | **Citizenship:** NONE | |
| **Correspondent:** HELEN M. O'SHAUGHNESSY | | |
| 2 EAST 52 STREET | | |
| NEW YORK N.Y 10022 | | |

## Assignment: 5

| | | |
| --- | --- | --- |
| **Reel/Frame:** 4252/0184 | **Recorded:** 08/02/2010 | **Pages:** 12 |
| **Conveyance:** CHANGE OF NAME | | |
| **Assignor:** CARTIER INTERNATIONAL N.V. | **Exec Dt:** 12/14/2009 | |
| | **Entity Type:** CORPORATION | |
| | **Citizenship:** NETHERLANDS ANTILLES | |
| **Assignee:** CARTIER INTERNATIONAL A.G. | **Entity Type:** CORPORATION | |
| HINTERBERGSTRASSE 22, POSTFACH 61 | **Citizenship:** SWITZERLAND | |
| 6312 STEINHAUSEN, SWITZERLAND | | |
| **Correspondent:** MILTON SPRINGUT | | |
| 488 MADISON AVENUE | | |
| 19 FL | | |
| NEW YORK, NY 10022 | | |

Search Results as of: 04/10/2017 01:08 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.5
Web interface last modified: July 25, 2014 v.2.5

# United States Patent Office

**7,59,201**
Registered Oct. 29, 1963

## PRINCIPAL REGISTER
Trademark

Ser. No. 146,163, filed June 5, 1962

# CARTIER

Cartier, Inc. (New York corporation)
653 5th Ave.
New York 22, N.Y.

For: WATCHES AND CLOCKS, in CLASS 27.
First use in 1859; in commerce in 1859.
Owner of Reg. No. 411,975.



## United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help



## United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Sep 28 03:23:09 EDT 2016*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | CARTIER |
| **Goods and Services** | IC 014. US 027. G & S: Watches and Clocks. FIRST USE: 18590000. FIRST USE IN COMMERCE: 18590000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 72146163 |
| **Filing Date** | June 8, 1962 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | **0759201** |
| **Registration Date** | October 29, 1963 |
| **Owner** | (REGISTRANT) CARTIER, INC. CORPORATION NEW YORK 653 5TH AVE. NEW YORK NEW YORK |
| | (LAST LISTED OWNER) CARTIER INTERNATIONAL A.G. CORPORATION SWITZERLAND HINTERBERGSTRASSE 22, POSTFACH 61 6312 STEINHAUSEN SWITZERLAND |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Lawrence E. Apolzon |
| **Prior Registrations** | 0411975 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL-2(F) |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20130223. |
| **Renewal** | 3RD RENEWAL 20130223 |
| **Live/Dead Indicator** | LIVE |

Trademark Electronic Search System (TESS)

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



# United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help



**Assignments on the Web** > Trademark Query

## Trademark Assignment Abstract of Title

**Total Assignments: 5**

| | | | |
|---|---|---|---|
| **Serial #:** 72146163 | **Filing Dt:** 06/08/1962 | **Reg #:** 759201 | **Reg. Dt:** 10/29/1963 |
| **Registrant:** CARTIER, INC. | | | |
| **Mark:** CARTIER | | | |

### Assignment: 1

| | | |
|---|---|---|
| **Reel/Frame:** 0294/0453 | **Recorded:** 09/15/1976 | **Pages:** 5 |

**Conveyance:** CERTIFIED COPY OF MERGER FILED IN THE OFFICE OF THE SECRETARY OF STATE OF DELAWARE, SHOWING MERGER OF ASSIGNORS AND CHANGE OF NAME OF THE SURVIVING CORPORATION ON JULY 26, 1976, EFFECTIVE JULY 30, 1976.

**Assignors:** CARTIER, INCORPORATED, -MERGED INTO-
    **Exec Dt:** 08/04/1976
    **Entity Type:** CORPORATION
    **Citizenship:** NEW YORK

GHI CORP., -CHANGED TO-
    **Exec Dt:** 00/00/0000
    **Entity Type:** CORPORATION
    **Citizenship:** DELAWARE

**Assignee:** CARTIER, INCORPORATED
    **Entity Type:** UNKNOWN
    **Citizenship:** NONE

**Correspondent:** JAMES L. BIKOFF, ESQ.
CARTIER, INCORPORATED
653 FIFTH AVENUE
NEW YORK, NY 10022

### Assignment: 2

| | | |
|---|---|---|
| **Reel/Frame:** 0827/0110 | **Recorded:** 10/02/1991 | **Pages:** 7 |

**Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

**Assignor:** CARTIER, INCORPORATED
    **Exec Dt:** 04/24/1991
    **Entity Type:** CORPORATION
    **Citizenship:** DELAWARE

**Assignee:** CARTIER INTERNATIONAL, INC.
    **Entity Type:** CORPORATION
2 EAST 52ND STREET
    **Citizenship:** DELAWARE
NEW YORK, NEW YORK

**Correspondent:** KATHYRN JENNISON SHULTZ
ELLSWORTH M. JENNISON
CRYSTAL PLAZA #1-SUITE 704
2001 JEFFERSON DAVIS HIGHWAY
ARLINGTON, VA 22202

### Assignment: 3

| | | |
|---|---|---|
| **Reel/Frame:** 0827/0117 | **Recorded:** 10/02/1991 | **Pages:** 7 |

**Conveyance:** ASSIGNS THE ENTIRE RIGHT, TITLE AND INTEREST; EFFECTIVE JANUARY 1, 1990.

**Assignor:** CARTIER INTERNATIONAL, INC.
    **Exec Dt:** 04/25/1991
    **Entity Type:** CORPORATION

|  |  |  |  |
|---|---|---|---|
|  |  | **Citizenship:** | DELAWARE |
| **Assignee:** | CARTIER INTERNATIONAL, B.V. | **Entity Type:** | CORPORATION |
|  | HERENGRACHT 436 | **Citizenship:** | NETHERLANDS |
|  | AMSTERDAM-C, NETHERLANDS |  |  |
| **Correspondent:** | KATHRYN JENNISON SHULTZ |  |  |
|  | ELLSWORTH M. JENNISON |  |  |
|  | CRYSTAL PLAZA #1-SUITE 704 |  |  |
|  | 2001 JEFFERSON DAVIS HIGHWAY |  |  |
|  | ARLINGTON, VA 22202 |  |  |

## Assignment: 4

| | | | | |
|---|---|---|---|---|
| **Reel/Frame:** | 3400/0443 | **Recorded:** 09/11/2006 | | **Pages:** 23 |
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST | | | |
| **Assignor:** | CARTIER INTERNATIONAL B.V. | | **Exec Dt:** | 10/31/2005 |
| | | | **Entity Type:** | COMPANY-EQUIVALENT + US CORP. |
| | | | **Citizenship:** | NONE |
| **Assignee:** | CARTIER INTERNATIONAL N.V. | | **Entity Type:** | COMPANY - US EQUIR. CORPORATION |
| | SCHARLOOWEG 33 | | **Citizenship:** | NONE |
| | CURACAO, NETHERLANDS ANTILLES | | | |
| **Correspondent:** | HELEN M. O'SHAUGHNESSY | | | |
| | 2 EAST 52 STREET | | | |
| | NEW YORK N.Y 10022 | | | |

## Assignment: 5

| | | | | |
|---|---|---|---|---|
| **Reel/Frame:** | 4252/0184 | **Recorded:** 08/02/2010 | | **Pages:** 12 |
| **Conveyance:** | CHANGE OF NAME | | | |
| **Assignor:** | CARTIER INTERNATIONAL N.V. | | **Exec Dt:** | 12/14/2009 |
| | | | **Entity Type:** | CORPORATION |
| | | | **Citizenship:** | NETHERLANDS ANTILLES |
| **Assignee:** | CARTIER INTERNATIONAL A.G. | | **Entity Type:** | CORPORATION |
| | HINTERBERGSTRASSE 22, POSTFACH 61 | | **Citizenship:** | SWITZERLAND |
| | 6312 STEINHAUSEN, SWITZERLAND | | | |
| **Correspondent:** | MILTON SPRINGUT | | | |
| | 488 MADISON AVENUE | | | |
| | 19 FL | | | |
| | NEW YORK, NY 10022 | | | |

Search Results as of: 09/28/2016 06:49 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.5
Web interface last modified: July 25, 2014 v.2.5

Int. Cl.: 14

Prior U.S. Cl.: 27, 28

Reg. No. 1,114,482

## United States Patent and Trademark Office

Registered Mar. 6, 1979

## TRADEMARK
### Principal Register



Cartier, Incorporated  (Delaware  corporation)
653 5th Ave.
New York, N.Y.  10022

For: ARTICLES OF JEWELRY, WATCHES AND
CLOCKS, in CLASS 14 (U.S. CLS. 27 and 28).
First use Mar. 1, 1976; in commerce Mar. 1, 1976.
The mark consists of an interlocking "C" design.
Owner of Reg. No. 925,672.

Ser. No. 104,048, filed Oct. 21, 1976.

Int. Cl.: 14

Prior U.S. Cl.: 27, 28

## United States Patent and Trademark Office

Reg. No. 1,114,482
Registered Mar. 6, 1979

## TRADEMARK
### Principal Register



Cartier, Incorporated  (Delaware corporation)
653 5th Ave.
New York, N.Y.   10022

For: ARTICLES OF JEWELRY, WATCHES AND CLOCKS, in CLASS 14 (U.S. CLS. 27 and 28).
First use Mar. 1, 1976; in commerce Mar. 1, 1976.
The mark consists of an interlocking "C" design.
Owner of Reg. No. 925.672.

Ser. No. 104,048, filed Oct. 21, 1976.

 

## United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Assignments on the Web** > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 4**

**Serial #:** 73104048     **Filing Dt:** 10/21/1976     **Reg #:** 1114482     **Reg. Dt:** 03/06/1979

**Registrant:** CARTIER, INCORPORATED

**Mark:** CC

### Assignment: 1

| | | |
|---|---|---|
| **Reel/Frame:** 0827/0110 | **Recorded:** 10/02/1991 | **Pages:** 7 |

**Conveyance:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

**Assignor:** CARTIER, INCORPORATED     **Exec Dt:** 04/24/1991
    **Entity Type:** CORPORATION
    **Citizenship:** DELAWARE

**Assignee:** CARTIER INTERNATIONAL, INC.     **Entity Type:** CORPORATION
2 EAST 52ND STREET     **Citizenship:** DELAWARE
NEW YORK, NEW YORK

**Correspondent:** KATHRYN JENNISON SHULTZ
ELLSWORTH M. JENNISON
CRYSTAL PLAZA #1-SUITE 704
2001 JEFFERSON DAVIS HIGHWAY
ARLINGTON, VA 22202

### Assignment: 2

| | | |
|---|---|---|
| **Reel/Frame:** 0827/0117 | **Recorded:** 10/02/1991 | **Pages:** 7 |

**Conveyance:** ASSIGNS THE ENTIRE RIGHT, TITLE AND INTEREST; EFFECTIVE JANUARY 1, 1990.

**Assignor:** CARTIER INTERNATIONAL, INC.     **Exec Dt:** 04/25/1991
    **Entity Type:** CORPORATION
    **Citizenship:** DELAWARE

**Assignee:** CARTIER INTERNATIONAL, B.V.     **Entity Type:** CORPORATION
HERENGRACHT 436     **Citizenship:** NETHERLANDS
AMSTERDAM-C, NETHERLANDS

**Correspondent:** KATHRYN JENNISON SHULTZ
ELLSWORTH M. JENNISON
CRYSTAL PLAZA #1-SUITE 704
2001 JEFFERSON DAVIS HIGHWAY
ARLINGTON, VA 22202

### Assignment: 3

| | | |
|---|---|---|
| **Reel/Frame:** 3400/0443 | **Recorded:** 09/11/2006 | **Pages:** 23 |

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** CARTIER INTERNATIONAL B.V.     **Exec Dt:** 10/31/2005
    **Entity Type:** COMPANY-EQUIVALENT + US CORP.
    **Citizenship:** NONE

**Assignee:** CARTIER INTERNATIONAL N.V.     **Entity Type:** COMPANY - US EQUIR. CORPORATION
SCHARLOOWEG 33     **Citizenship:** NONE
CURACAO, NETHERLANDS ANTILLES

**Correspondent:** HELEN M. O'SHAUGHNESSY
2 EAST 52 STREET
NEW YORK N.Y 10022

### Assignment: 4

| | | |
|---|---|---|
| **Reel/Frame:** 4252/0184 | **Recorded:** 08/02/2010 | **Pages:** 12 |

**Conveyance:** CHANGE OF NAME

**Assignor:** CARTIER INTERNATIONAL N.V.     **Exec Dt:** 12/14/2009

|  | **Entity Type:** CORPORATION |
|  | **Citizenship:** NETHERLANDS ANTILLES |
| **Assignee:** CARTIER INTERNATIONAL A.G. | **Entity Type:** CORPORATION |
| HINTERBERGSTRASSE 22, POSTFACH 61 | **Citizenship:** SWITZERLAND |
| 6312 STEINHAUSEN, SWITZERLAND | |
| **Correspondent:** MILTON SPRINGUT | |
| 488 MADISON AVENUE | |
| 19 FL | |
| NEW YORK, NY 10022 | |

Search Results as of: 06/04/2020 06:28 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| **HOME** | **INDEX** | **SEARCH** | **eBUSINESS** | **CONTACT US** | **PRIVACY STATEMENT**

Int. Cls.: 3, 9, 14, 16, 18, 25 and 34

Prior U.S. Cls.: 1, 2, 3, 4, 5, 6, 8, 9, 17, 21, 22, 23, 26, 27, 28, 29, 36, 37, 38, 39, 41, 50, 51 and 52

**United States Patent and Trademark Office**

Reg. No. 3,476,888
Registered July 29, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# BALLON BLEU

CARTIER INTERNATIONAL N.V., A HOLDING AND TRADING COMPANY; ORGANIZED AND EXISTING UNDER THE; LAWS OF THE NETHERLANDS ANTILLES (NETHERLD ANTILLES NAAMLOZE VENNOOTSCHAP (NV))
SCHARLOOWEG 33
CURAÇAO
NETHERLD ANTILLES

FOR: SOAPS FOR PERSONAL USE; PERFUMERY, ESSENTIAL OILS, COSMETICS, HAIR LOTION, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: EYEGLASSES, SUNGLASSES, EYEGLASS FRAMES AND CASES, MAGNIFYING GLASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: GOODS IN PRECIOUS METALS AND COATED THEREWITH, NAMELY, CUFF-LINKS, TIE CLIPS, RINGS BEING JEWELRY, BRACELETS, EARRINGS, NECKLACES, BROOCHES; WATCHES, CHRONOMETERS, CLOCKS, WATCH STRAPS, WATCH BRACELETS, BOXES OF PRECIOUS METALS FOR WATCHES AND JEWELLERY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: PENS, FOUNTAIN PENS, BALL-POINT PENS, PENCILS, MECHANICAL PENCILS, FELT-TIP PENS, ROLLERBALL PENS, DOCUMENT MARKERS, WRITING BRUSHES; SEALING WAXES; POUCHES, CASES AND BOXES FOR WRITING INSTRUMENTS; INKS FOR WRITING INSTRUMENTS AND INK REFILLS FOR WRITING INSTRUMENTS; NOTE PAPER, WRITING PAPER, NOTE PADS, MEMO PADS; NAME CARDS, ENVELOPES, DIARIES; CALENDARS; PAPERWEIGHTS, ERASERS, PENCIL SHARPENERS, PAPER KNIVES, PEN AND PENCIL HOLDERS; PAINTINGS, ENGRAVINGS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: LEATHERWARE, NAMELY, BRIEFCASES, TRAVELLING SETS IN THE NATURE OF SETS OF SUITCASES AND TRAVELLING BAGS, VANITY CASES SOLD EMPTY, KEY CASES; GOODS MADE OF LEATHER AND IMITATIONS OF LEATHER,

NOT INCLUDED IN OTHER CLASSES, NAMELY, ATTACHÉ CASES, WALLETS, HANDBAGS, BACKPACKS, TRAVELLING BAGS, WHEELED TOTE BAGS, TRUNKS, SUITCASES, PURSES NOT OF PRECIOUS METAL, CREDIT AND BUSINESS CARD CASES, POUCHES; BANDS OF LEATHER IN THE NATURE OF LEATHER STRAPS FOR USE WITH BAGS; UMBRELLAS, PARASOLS, WALKING STICKS, WHIPS AND SADDLERY, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING, NAMELY, BATHING SUITS, COATS, CUMMERBUNDS, DRESSING GOWNS, FUR COATS AND STOLES, HOSIERY, JACKETS, PULLOVERS, PAJAMAS, ROBES, SHIRTS, SKIRTS, SUITS, SWEATERS, TROUSERS, UNDERWEAR, BELTS, BRACES IN THE NATURE OF SUSPENDERS, GLOVES, MUFFLERS, SASHES FOR WEAR, SCARVES, SHAWLS, SUSPENDERS, TIES, BOW TIES; BOOTS, SHOES AND SLIPPERS, CAPS AND HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: LIGHTERS FOR SMOKERS; SMOKERS' ARTICLES, NAMELY, CIGARETTE HOLDERS, CIGARETTE AND CIGAR CASES, CIGAR CUTTERS, HUMIDORS AND ASHTRAYS, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

PRIORITY DATE OF 9-4-2006 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0931951 DATED 3-1-2007, EXPIRES 3-1-2017.

THE ENGLISH TRANSLATION OF THE FOREIGN WORD IN THE MARK IS BLUE BALLOON.

SER. NO. 79-041,537, FILED 3-1-2007.

COLLEEN KEARNEY, EXAMINING ATTORNEY

SER. NO. 79-041,537, FILED 3-1-2007.

COLLEEN KEARNEY, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | eBiz alerts | News | Help



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Mar 13 03:47:02 EDT 2018*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)* |

**Word Mark**   BALLON BLEU

**Translations**   The English translation of the foreign word in the mark is Blue Balloon.

**Goods and Services**   (CANCELLED) IC 003. US 001 004 006 050 051 052. G & S: [ Soaps for personal use; perfumery, essential oils, cosmetics, hair lotion ]

(CANCELLED) IC 009. US 021 023 026 036 038. G & S: [ Eyeglasses, sunglasses, eyeglass frames and cases, magnifying glasses ]

IC 014. US 002 027 028 050. G & S: [ Goods in precious metals and coated therewith, namely, cuff-links, tie clips, rings being jewelry, bracelets, earrings, necklaces, brooches; ] watches, chronometers, clocks [, watch straps, watch bracelets, boxes of precious metals for watches and jewellery ]

(CANCELLED) IC 016. US 002 005 022 023 029 037 038 050. G & S: [ Pens, fountain pens, ball-point pens, pencils, mechanical pencils, felt-tip pens, rollerball pens, document markers, writing brushes; sealing waxes; pouches, cases and boxes for writing instruments; inks for writing instruments and ink refills for writing instruments; note paper, writing paper, note pads, memo pads; name cards, envelopes, diaries; calendars; paperweights, erasers, pencil sharpeners, paper knives, pen and pencil holders; paintings, engravings ]

(CANCELLED) IC 018. US 001 002 003 022 041. G & S: [ Leatherware, namely, briefcases, travelling sets in the nature of sets of suitcases and travelling bags, vanity cases sold empty, key cases; goods made of leather and imitations of leather, not included in other classes, namely, attaché cases, wallets, handbags, backpacks, travelling bags, wheeled tote bags, trunks, suitcases, purses not of precious metal, credit and business card cases, pouches; bands of leather in the nature of leather straps for use with bags; umbrellas, parasols, walking sticks, whips and saddlery ]

(CANCELLED) IC 025. US 022 039. G & S: [ Clothing, namely, bathing suits, coats, cummerbunds, dressing gowns, fur coats and stoles, hosiery, jackets, pullovers, pajamas, robes, shirts, skirts, suits, sweaters, trousers, underwear, belts, braces in the nature of suspenders, gloves, mufflers, sashes for wear, scarves, shawls, suspenders, ties, bow ties; boots, shoes and slippers, caps and hats ]

(CANCELLED) IC 034. US 002 008 009 017. G & S: [ Lighters for smokers; smokers' articles, namely, cigarette holders, cigarette and cigar cases, cigar cutters, humidors and ashtrays ]

**Standard Characters Claimed**

**Mark Drawing**   (4) STANDARD CHARACTER MARK

| Field | Value |
|---|---|
| Code | |
| Serial Number | 79041537 |
| Filing Date | March 1, 2007 |
| Current Basis | 66A |
| Original Filing Basis | 66A |
| Published for Opposition | May 13, 2008 |
| Change In Registration | CHANGE IN REGISTRATION HAS OCCURRED |
| Registration Number | **3476888** |
| International Registration Number | 0931951 |
| Registration Date | July 29, 2008 |
| Owner | (REGISTRANT) Cartier International N.V., a holding and trading company; organized and existing under the; laws of the Netherlands Antilles NAAMLOZE VENNOOTSCHAP (NV) NETHERLANDS ANTIL Scharlooweg 33 Curaçao NETHERLANDS ANTIL

(LAST LISTED OWNER) CARTIER INTERNATIONAL AG CORPORATION SWITZERLAND Hinterbergstrasse 22 Postfach 61 CH-6312 Steinhausen SWITZERLAND |
| Attorney of Record | LAWRENCE E. APOLZON |
| Priority Date | September 4, 2006 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECTION 71 |
| Live/Dead Indicator | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help



**Assignments on the Web** > Trademark Query

# Trademark Assignment Abstract of Title

## Total Assignments: 1

**Serial #:** 79041537     **Filing Dt:** 03/01/2007     **Reg #:** 3476888     **Reg. Dt:** 07/29/2008

**Registrant:** Cartier International N.V., a holding an

**Mark:** BALLON BLEU

## Assignment: 1

**Reel/Frame:** 4260/0328     **Recorded:** 08/12/2010     **Pages:** 2

**Conveyance:** CHANGE OF NAME

**Assignor:** CARTIER INTERNATIONAL N.V.     **Exec Dt:** 06/25/2010

**Entity Type:** UNKNOWN

**Citizenship:** NETHERLANDS ANTILLES

**Assignee:** CARTIER INTERNATIONAL AG     **Entity Type:** UNKNOWN

HINTERBERGSTRASSE 22     **Citizenship:** NONE

POSTFACH 61

CH-6312 STEINHAUSEN, SWITZERLAND

**Correspondent:** CARTIER INTERNATIONAL AG

HINTERBERGSTRASSE 22

POSTFACH 61

CH-6312 STEINHAUSEN

SWITZERLAND

Search Results as of: 03/13/2018 02:33 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX | SEARCH | *e*BUSINESS | CONTACT US | PRIVACY STATEMENT

# United States of America

## United States Patent and Trademark Office

# *Cartier*

**Reg. No. 4,178,047**

**Registered July 24, 2012**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

CARTIER INTERNATIONAL A.G. (SWITZERLAND CORPORATION)
HINTERBERGSTRASSE 22, POSTFACH 61
6312 STEINHAUSEN, SWITZERLAND

FOR: JEWELRY AND WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1999; IN COMMERCE 0-0-1999.

OWNER OF U.S. REG. NOS. 411,239, 411,975 AND OTHERS.

THE MARK CONSISTS OF THE STYLIZED WORD "CARTIER".

SEC. 2(F).

SER. NO. 85-345,798, FILED 6-14-2011.

SEAN CROWLEY, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Composite Exhibit 2

Int. Cl.: 14

Prior U.S. Cls.: 27 and 28

**United States Patent and Trademark Office**

Reg. No. 1,415,794
Registered Nov. 4, 1986

**TRADEMARK**
**PRINCIPAL REGISTER**

# Van Cleef & Arpels

VAN CLEEF & ARPELS, INC. (NEW YORK CORPORATION)
744 FIFTH AVENUE
NEW YORK, NY 10019

FOR: JEWELRY AND WATCHES, IN CLASS 14 (U.S. CLS. 27 AND 28).

FIRST USE 3-0-1939; IN COMMERCE 3-0-1939.

OWNER OF U.S. REG. NO. 971,523.

SER. NO. 587,444, FILED 3-10-1986.

TERESA HECHMER, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 27 and 28

## United States Patent and Trademark Office

Reg. No. 1,415,794
Registered Nov. 4, 1986

### TRADEMARK
#### PRINCIPAL REGISTER

# Van Cleef & Arpels

VAN CLEEF & ARPELS, INC. (NEW YORK CORPORATION)
744 FIFTH AVENUE
NEW YORK, NY 10019

   FOR: JEWELRY AND WATCHES, IN CLASS 14 (U.S. CLS. 27 AND 28).

FIRST USE 3-0-1939; IN COMMERCE 3-0-1939.
   OWNER OF U.S. REG. NO. 971,523.

   SER. NO. 587,444, FILED 3-10-1986.

TERESA HECHMER, EXAMINING ATTORNEY



# United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | eBiz alerts | News | Help



# United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Jan 2 04:51:06 EST 2018*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# Van Cleef & Arpels

| | |
|---|---|
| **Word Mark** | VAN CLEEF & ARPELS |
| **Goods and Services** | IC 014. US 027 028. G & S: JEWELRY AND WATCHES. FIRST USE: 19390300. FIRST USE IN COMMERCE: 19390300 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 73587444 |
| **Filing Date** | March 10, 1986 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 12, 1986 |
| **Registration Number** | **1415794** |
| **Registration Date** | November 4, 1986 |
| **Owner** | (REGISTRANT) VAN CLEEF & ARPELS, INC. CORPORATION NEW YORK 8, ROUTE DE CHANDOLAN 1752 VILLARS-SUR-CLANE SWITZERLAND

(LAST LISTED OWNER) VAN CLEEF & ARPELS SA CORPORATION SWITZERLAND 8, ROUTE DE BICHES 1752 VILLARS-SUR-GLANE SWITZERLAND |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | LAWRENCE E. APOLZON |
| **Prior Registrations** | 0971523 |

**Type of Mark**      TRADEMARK

**Register**          PRINCIPAL

**Affidavit Text**    SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20160806.

**Renewal**           2ND RENEWAL 20160806

**Live/Dead Indicator**   LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |



## United States Patent and Trademark Office



Home | Site Index | Search | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help

**Assignments on the Web** > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 3**

| | | | |
|---|---|---|---|
| **Serial #:** 73587444 | **Filing Dt:** 03/10/1986 | **Reg #:** 1415794 | **Reg. Dt:** 11/04/1986 |

**Registrant:** VAN CLEEF & ARPELS, INC.

**Mark:** VAN CLEEF & ARPELS

## Assignment: 1

| **Reel/Frame:** 2213/0242 | **Recorded:** 12/22/2000 | **Pages:** 72 |
|---|---|---|

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** VAN CLEEF & ARPELS, INC.
    **Exec Dt:** 08/01/2000
    **Entity Type:** CORPORATION
    **Citizenship:** NEW YORK

**Assignee:** VAN CLEEF & ARPELS LOGISTICS SA
    **Entity Type:** CORPORATION
    **Citizenship:** SWITZERLAND
ROUTE DE CHAMDOLAN 8
VILLARDS-SUR-GLANE, SWITZERLAND CH-1752

**Correspondent:** GOTTLIEB, RACKMAN & REISMAN, P.C.
GEORGE GOTTLIEB, ESQ.
270 MADISON AVENUE
NEW YORK, NY 10016-0601

## Assignment: 2

| **Reel/Frame:** 2312/0639 | **Recorded:** 06/06/2001 | **Pages:** 78 |
|---|---|---|

**Conveyance:** CORRECTIVE ASSIGNMENT TO CORRECT THE ASSIGNEE ADDRESS AND DOMESTIC REPRESENTATIVE PREVIOUSLY RECORDED ON REEL 002213, FRAME 0242.

**Assignor:** VAN CLEEF & ARPELS, INC.
    **Exec Dt:** 08/01/2000
    **Entity Type:** CORPORATION
    **Citizenship:** NEW YORK

**Assignee:** VAN CLEEF & ARPELS LOGISTICS SA
    **Entity Type:** CORPORATION
    **Citizenship:** SWITZERLAND
8, ROUTE DE CHANDOLAN
1752 VILLARS-SUR-GLANE, SWITZERLAND

**Correspondent:** GOTTLIEB RACKMAN & REISMAN P.C.
GEORGE GOTTIEB, ESQ.
270 MADISON AVENUE
NEW YORK, NEW YORK 10016-0601

## Assignment: 3

| **Reel/Frame:** 3503/0066 | **Recorded:** 03/19/2007 | **Pages:** 3 |
|---|---|---|

**Conveyance:** CHANGE OF NAME

**Assignor:** VAN CLEEF & ARPELS LOGISTICS S.A.
    **Exec Dt:** 11/23/2006
    **Entity Type:** CORPORATION
    **Citizenship:** SWITZERLAND

**Assignee:** VAN CLEEF & ARPELS SA
    **Entity Type:** CORPORATION
    **Citizenship:** SWITZERLAND
8 ROUTE DE CHANDOLAN

1752 VILLARS-SUR-GLANE, SWITZERLAND

**Correspondent:** LAWRENCE ELI APOLZON

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

866 UNITED NATIONS PLAZA

NEW YORK, NY 10017

Search Results as of: 01/02/2018 02:33 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.5
Web interface last modified: July 25, 2014 v.2.5

| **HOME** | **INDEX** | **SEARCH** | *e*BUSINESS | **CONTACT US** | **PRIVACY STATEMENT**

Int. Cl.: 14

Prior U.S. Cl.: 28

Reg. No. 1,584,572

**United States Patent and Trademark Office**  Registered Feb. 27, 1990

10 Year Renewal                               Renewal Term Begins Feb. 27, 2000

## TRADEMARK
## PRINCIPAL REGISTER

### VCA

VAN CLEEF & ARPELS, INC. (NEW
   YORK CORPORATION)
744 FIFTH AVENUE
NEW YORK, NY 10019

FOR: JEWELRY, IN CLASS 14 (U.S.
CL. 28).
   FIRST USE 0-0-1939; IN COMMERCE
0-0-1939.

SER. NO. 73-813,271, FILED 7-18-1989.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Apr. 18, 2000.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 14

Prior U.S. Cl.: 28

Reg. No. 1,584,572

## United States Patent and Trademark Office
Registered Feb. 27, 1990

## TRADEMARK
### PRINCIPAL REGISTER

## VCA

VAN CLEEF & ARPELS, INC. (NEW YORK CORPORATION)
744 FIFTH AVENUE
NEW YORK, NY 10019

FOR: JEWELRY, IN CLASS 14 (U.S. CL. 28).

FIRST USE 0–0–1939; IN COMMERCE 0–0–1939.

SER. NO. 73–813,271, FILED 7–18–1989.

JILL C. ALT, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed May 2 03:31:49 EDT 2018*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout | Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# VCA

| | |
|---|---|
| **Word Mark** | VCA |
| **Goods and Services** | IC 014. US 028. G & S: JEWELRY. FIRST USE: 19390000. FIRST USE IN COMMERCE: 19390000 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 73813271 |
| **Filing Date** | July 18, 1989 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 5, 1989 |
| **Registration Number** | **1584572** |
| **Registration Date** | February 27, 1990 |
| **Owner** | (REGISTRANT) VAN CLEEF & ARPELS, INC. CORPORATION NEW YORK 744 FIFTH AVENUE NEW YORK NEW YORK 10019 |
| | (LAST LISTED OWNER) VAN CLEEF & ARPELS SA CORPORATION SWITZERLAND 8 ROUTE DE CHANDOLAN 1752 VILLARS-SUR-GLANE SWITZERLAND |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | LAWRENCE E. APOLZON |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20100125. |

| | |
|---|---|
| **Renewal** | 2ND RENEWAL 20100125 |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 **United States Patent and Trademark Office** 

Home|Site Index|Search|Guides|Contacts|eBusiness|eBiz alerts|News|Help

**Assignments on the Web** > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 3**

**Serial #:** 73813271         **Filing Dt:** 07/18/1989         **Reg #:** 1584572         **Reg. Dt:** 02/27/1990

**Registrant:** VAN CLEEF & ARPELS, INC.

**Mark:** VCA

## Assignment: 1

**Reel/Frame:** 2213/0242              **Recorded:** 12/22/2000                          **Pages:** 72

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** VAN CLEEF & ARPELS, INC.                            **Exec Dt:** 08/01/2000

                                                                  **Entity Type:** CORPORATION

                                                                  **Citizenship:** NEW YORK

**Assignee:** VAN CLEEF & ARPELS LOGISTICS SA            **Entity Type:** CORPORATION
          ROUTE DE CHAMDOLAN 8                           **Citizenship:** SWITZERLAND
          VILLARDS-SUR-GLANE, SWITZERLAND CH-1752

**Correspondent:** GOTTLIEB, RACKMAN & REISMAN, P.C.
               GEORGE GOTTLIEB, ESQ.
               270 MADISON AVENUE
               NEW YORK, NY 10016-0601

## Assignment: 2

**Reel/Frame:** 2312/0639              **Recorded:** 06/06/2001                          **Pages:** 78

**Conveyance:** CORRECTIVE ASSIGNMENT TO CORRECT THE ASSIGNEE ADDRESS AND DOMESTIC REPRESENTATIVE
            PREVIOUSLY RECORDED ON REEL 002213, FRAME 0242.

**Assignor:** VAN CLEEF & ARPELS, INC.                            **Exec Dt:** 08/01/2000

                                                                  **Entity Type:** CORPORATION

                                                                  **Citizenship:** NEW YORK

**Assignee:** VAN CLEEF & ARPELS LOGISTICS SA            **Entity Type:** CORPORATION
          8, ROUTE DE CHANDOLAN                          **Citizenship:** SWITZERLAND
          1752 VILLARS-SUR-GLANE, SWITZERLAND

**Correspondent:** GOTTLIEB RACKMAN & REISMAN P.C.
               GEORGE GOTTIEB, ESQ.
               270 MADISON AVENUE
               NEW YORK, NEW YORK 10016-0601

## Assignment: 3

**Reel/Frame:** 3503/0066              **Recorded:** 03/19/2007                          **Pages:** 3

**Conveyance:** CHANGE OF NAME

**Assignor:** VAN CLEEF & ARPELS LOGISTICS S.A.                   **Exec Dt:** 11/23/2006

                                                                  **Entity Type:** CORPORATION

                                                                  **Citizenship:** SWITZERLAND

**Assignee:** VAN CLEEF & ARPELS SA                      **Entity Type:** CORPORATION
          8 ROUTE DE CHANDOLAN                           **Citizenship:** SWITZERLAND
          1752 VILLARS-SUR-GLANE, SWITZERLAND

**Correspondent:** LAWRENCE ELI APOLZON
               FROSS ZELNICK LEHRMAN & ZISSU, P.C.
               866 UNITED NATIONS PLAZA
               NEW YORK, NY 10017

Search Results as of: 05/02/2018 02:57 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6

Web interface last modified: August 25, 2017 v.2.6

**Int. Cl.: 14**

**Prior U.S. Cls.: 2, 27, 28 and 50**

## United States Patent and Trademark Office

**Reg. No. 2,692,672**
**Registered Mar. 4, 2003**

## TRADEMARK
### PRINCIPAL REGISTER



VAN CLEEF & ARPELS LOGISTICS S. A. (SWITZERLAND CORPORATION)
8 ROUTE DE CHANDOLAN
1752 VILLARS-SUR-GLANE, SWITZERLAND

FOR: PRECIOUS METALS AND THEIR ALLOYS SOLD IN BULK; GOODS MADE OF PRECIOUS METALS OR COATED THEREWITH, NAMELY STUDS FOR TIES, SHIRTS, COLLARS AND TUXEDOS, BUTTON COVERS, HAIR ORNAMENTS, HEADBANDS, BUCKLES, MONEY CLIPS, KEYS, KEY CHAINS; JEWELRY, PRECIOUS STONES, HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, NAMELY CHRONOMETERS, CHRONOGRAPHS FOR USE AS WATCHES; NECKLACES; CHAINS, CLIPS, EAR CLIPS, STUD EARRINGS, RINGS AND PENDANTS, ALL BEING JEWELRY;

WATCHES, WATCH BRACELETS, CLOCKS; CUFFLINKS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 12-1-2001; IN COMMERCE 12-1-2001.

OWNER OF U.S. REG. NO. 1,584,572.

THE LINING IN THE DRAWING IS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE LETTERS "VCA" AND A STYLIZED DESIGN OF THE FAMOUS COLUMN OF "LA PLACE VENDOME" IN PARIS.

SER. NO. 76-368,105, FILED 2-7-2002.

MARY ROSSMAN, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed Jun 5 05:21:02 EDT 2019*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | VC A |
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: [ Precious metals and their alloys sold in bulk; ] [ goods made of precious metals or coated therewith, namely, ] [ studs for ties, shirts, collars and tuxedos ] [, button covers, hair ornaments, headbands, buckles, ] [ money clips, keys, key chains] [ ; ] jewelry; [, precious stones, ] [ phonological and chronometrical ] [* horological and chronometric * instruments, namely, chronometers, chronographs for use as watches; necklaces; chains, clips, ear clips, stud earrings, rings and pendants, all being jewelry; ] watches; [ watch bracelets, clocks;] [ cufflinks ]. FIRST USE: 19390000. FIRST USE IN COMMERCE: 19390000 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 17.03.04 - Bars, gold ; Gold bars ; Ingot (bar or block of precious or non-precious metal) ; Ingots<br>26.07.21 - Diamonds that are completely or partially shaded |
| **Serial Number** | 76368105 |
| **Filing Date** | February 7, 2002 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 10, 2002 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | **2692672** |
| **Registration Date** | March 4, 2003 |
| **Owner** | (REGISTRANT) VAN CLEEF & ARPELS LOGISTICS S. A. CORPORATION SWITZERLAND 8 route de Chandolan 1752 Villars-sur-Glane SWITZERLAND<br><br>(LAST LISTED OWNER) VAN CLEEF & ARPELS SA CORPORATION SWITZERLAND 8, ROUTE DE BICHES 1752 VILLARS-SUR-GLANE, CHX SWITZERLAND |

| **Assignment Recorded** | ASSIGNMENT RECORDED |
|---|---|
| **Attorney of Record** | Lawrence E. Apolzon |
| **Prior Registrations** | 1584572 |
| **Description of Mark** | The mark consists of the letters "VCA" and a stylized design of the famous column of "LA PLACE VENDOME" in Paris. The lining in the drawing is a feature of the mark. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20130306. |
| **Renewal** | 1ST RENEWAL 20130306 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 

**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

| | | |
|---|---|---|
| **Serial #:** 76368105 | **Filing Dt:** 02/07/2002 | **Reg #:** 2692672 | **Reg. Dt:** 03/04/2003 |

**Registrant:** VAN CLEEF & ARPELS LOGISTICS S. A.

**Mark:** VC A

**Assignment: 1**

**Reel/Frame:** 3503/0066     **Recorded:** 03/19/2007     **Pages:** 3

**Conveyance:** CHANGE OF NAME

**Assignor:** VAN CLEEF & ARPELS LOGISTICS S.A.     **Exec Dt:** 11/23/2006
                                                    **Entity Type:** CORPORATION
                                                    **Citizenship:** SWITZERLAND

**Assignee:** VAN CLEEF & ARPELS SA     **Entity Type:** CORPORATION
   8 ROUTE DE CHANDOLAN                 **Citizenship:** SWITZERLAND
   1752 VILLARS-SUR-GLANE, SWITZERLAND

**Correspondent:** LAWRENCE ELI APOLZON
   FROSS ZELNICK LEHRMAN & ZISSU, P.C.
   866 UNITED NATIONS PLAZA
   NEW YORK, NY 10017

Search Results as of: 06/05/2019 02:14 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**United States Patent and Trademark Office**

Reg. No. 2,751,878

Registered Aug. 19, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## ALHAMBRA

VAN CLEEF & ARPELS LOGISTICS S. A. (SWIT-
ZERLAND CORPORATION)
B ROUTE DE CHANDOLAN
1752 VILLARS-SUR-GLANE, SWITZERLAND

FOR: PRECIOUS METAL AND THEIR ALLOYS
AND PRODUCTS MADE THEREOF OR COATED
THEREWITH NOT INCLUDED IN OTHER CLAS-
SES, NAMELY, JEWELRY, PRECIOUS GEM-
STONES, HOROLOGICAL AND CHRONOMETRIC
INSTRUMENTS NAMELY WATCHES AND WATCH
BRACELETS AND CLOCKS, NECKLACES, JEWEL-
RY CHAINS OF PRECIOUS METAL, BROOCHES,
EARRINGS, JEWELRY RINGS, PENDANTS, AN-
KLE BRACELETS, CUFF LINKS, STUDS AND TIE
FASTENERS MADE OF PRECIOUS METAL, HAIR
ACCESSORIES MADE OF PRECIOUS METAL
NAMELY JEWELRY, BOXES AND TRUNKS IN

PRECIOUS METAL NAMELY JEWELRY BOXES
AND DECORATIVE BOXES MADE OF PRECIOUS
METAL, URNS MADE OF PRECIOUS METAL,
BELT BUCKLES MADE OF PRECIOUS METAL,
MONEY CLIPS IN PRECIOUS METAL; KEYS AND
KEY RINGS MADE OF PRECIOUS METAL, IN
CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

PRIORITY CLAIMED UNDER SEC. 44(D) ON
FRANCE APPLICATION NO. 01/3081930., FILED 2-
9-2001, REG. NO. 1/3.081.930, DATED 2-9-2001, EX-
PIRES 2-9-2011.

SER. NO. 76-298,807, FILED 8-10-2001.

JOHN DWYER, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Mon Mar 26 04:51:44 EDT 2018*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout    Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |    *( Use the "Back" button of the Internet Browser to return to TESS)*

# ALHAMBRA

| **Word Mark** | ALHAMBRA |
|---|---|
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: PRECIOUS METAL AND THEIR ALLOYS AND PRODUCTS MADE THEREOF OR COATED THEREWITH NOT INCLUDED IN OTHER CLASSES, NAMELY, JEWELRY, [ PRECIOUS GEMSTONES, ] HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, namely, WATCHES AND WATCH BRACELETS AND [ CLOCKS, ] NECKLACES, JEWELRY CHAINS OF PRECIOUS METAL, [ BROOCHES, ] EARRINGS, JEWELRY RINGS, PENDANTS, ANKLE BRACELETS, CUFF LINKS, STUDS [ AND TIE FASTENERS ] MADE OF PRECIOUS METAL, [ HAIR ACCESSORIES MADE OF PRECIOUS METAL, namely, JEWELRY, BOXES AND TRUNKS IN PRECIOUS METAL, namely, JEWELRY BOXES AND DECORATIVE BOXES MADE OF PRECIOUS METAL, URNS MADE OF PRECIOUS METAL, BELT BUCKLES MADE OF PRECIOUS METAL, MONEY CLIPS IN PRECIOUS METAL; KEYS AND KEY RINGS MADE OF PRECIOUS METAL ] |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76298807 |
| **Filing Date** | August 10, 2001 |
| **Current Basis** | 44E |
| **Original Filing Basis** | 1B;44D |
| **Published for Opposition** | May 27, 2003 |
| **Registration Number** | **2751878** |
| **Registration Date** | August 19, 2003 |

| | |
|---|---|
| **Owner** | (REGISTRANT) VAN CLEEF & ARPELS LOGISTICS S. A. CORPORATION SWITZERLAND B route de Chandolan 1752 Villars-sur-Glane SWITZERLAND |
| | (LAST LISTED OWNER) VAN CLEEF & ARPELS SA CORPORATION SWITZERLAND 8 ROUTE DES BICHES 1752 VILLARS-SUR-GLANE SWITZERLAND |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | LAWRENCE E. APOLZON |
| **Priority Date** | February 9, 2001 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 8 (6-YR). SECTION 8(10-YR) 20130323. |
| **Renewal** | 1ST RENEWAL 20130323 |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



## United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help



**Assignments on the Web** > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

| | | | |
|---|---|---|---|
| **Serial #:** 76298807 | **Filing Dt:** 08/10/2001 | **Reg #:** 2751878 | **Reg. Dt:** 08/19/2003 |

**Registrant:** VAN CLEEF & ARPELS LOGISTICS S. A.

**Mark:** ALHAMBRA

**Assignment: 1**

**Reel/Frame:** 3503/0066                    **Recorded:** 03/19/2007                    **Pages:** 3

**Conveyance:** CHANGE OF NAME

**Assignor:** VAN CLEEF & ARPELS LOGISTICS S.A.

**Exec Dt:** 11/23/2006
**Entity Type:** CORPORATION
**Citizenship:** SWITZERLAND

**Assignee:** VAN CLEEF & ARPELS SA

8 ROUTE DE CHANDOLAN

1752 VILLARS-SUR-GLANE, SWITZERLAND

**Entity Type:** CORPORATION
**Citizenship:** SWITZERLAND

**Correspondent:** LAWRENCE ELI APOLZON

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

866 UNITED NATIONS PLAZA

NEW YORK, NY 10017

Search Results as of: 03/26/2018 05:19 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX | SEARCH | *eBUSINESS* | CONTACT US | PRIVACY STATEMENT |

**Int. Cls.: 14 and 35**

**Prior U.S. Cls.: 2, 27, 28, 50, 100, 101 and 102**

**United States Patent and Trademark Office**

Reg. No. 2,936,247

Registered Mar. 29, 2005

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

# VAN CLEEF & ARPELS

VAN CLEEF & ARPELS LOGISTICS S.A. (SWIT-ZERLAND CORPORATION)

8, ROUTE DE CHANDOLAN

1752 VILLARS-SUR-GLANE, SWITZERLAND

FOR: ITEMS MADE OF PRECIOUS METAL, NAMELY, RINGS, BRACELETS, EARRINGS, NECKLACES, PENDANTS, CHARMS, BROOCHES, CLIPS, HAIRCLIPS, JEWELRY BOXES, JEWELRY CASES, TIE CLIPS, CUFFLINKS, SHIRT STUDS, WATCH BRACELETS AND BUCKLES; JEWELRY, WATCHES AND CLOCKS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 3-0-1939; IN COMMERCE 3-0-1939.

FOR: RETAIL SHOPS FEATURING JEWELRY AND WATCHES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10-0-1940; IN COMMERCE 10-0-1940.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 971,523, 2,114,588 AND OTHERS.

SER. NO. 78-367,577, FILED 2-13-2004.

JACQUELINE A. LAVINE, EXAMINING ATTOR-NEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | eBiz alerts | News | Help



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Mar 13 03:47:02 EDT 2018*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

| Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

| **Word Mark** | VAN CLEEF & ARPELS |
|---|---|
| **Goods and Services** | IC 014. US 002 027 028 050. G & S: items made of precious metal, namely, rings, bracelets, earrings, necklaces, pendants, charms, brooches, clips, hairclips, jewelry boxes, jewelry cases, [ tie clips, cufflinks, shirt studs, ] watch bracelets and buckles; jewelry, watches and clocks. FIRST USE: 19390300. FIRST USE IN COMMERCE: 19390300<br><br>IC 035. US 100 101 102. G & S: retail shops featuring jewelry and watches. FIRST USE: 19401000. FIRST USE IN COMMERCE: 19401000 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78367577 |
| **Filing Date** | February 13, 2004 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 4, 2005 |
| **Registration Number** | **2936247** |
| **Registration Date** | March 29, 2005 |
| **Owner** | (REGISTRANT) Van Cleef & Arpels Logistics S.A. CORPORATION SWITZERLAND 8, Route de Chandolan 1752 Villars-sur-Glane SWITZERLAND<br><br>(LAST LISTED OWNER) VAN CLEEF & ARPELS SA CORPORATION SWITZERLAND 8 ROUTE DE CHANDOLAN 1752 VILLARS-SUR-GLANE SWITZERLAND |
| **Assignment Recorded** | ASSIGNMENT RECORDED |

**Attorney of Record**   Lawrence E. Apolzon

**Prior Registrations**   0971523;1415794;2114588;AND OTHERS

**Type of Mark**   TRADEMARK. SERVICE MARK

**Register**   PRINCIPAL

**Affidavit Text**   SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20141110.

**Renewal**   1ST RENEWAL 20141110

**Live/Dead Indicator**   LIVE

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



# United States Patent and Trademark Office



Home | Site Index | Search | Guides | Contacts | *eBusiness* | eBiz alerts | News | Help

**Assignments on the Web** > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

| | | | |
|---|---|---|---|
| **Serial #:** 78367577 | **Filing Dt:** 02/13/2004 | **Reg #:** 2936247 | **Reg. Dt:** 03/29/2005 |

**Registrant:** Van Cleef & Arpels Logistics S.A.

**Mark:** VAN CLEEF & ARPELS

## Assignment: 1

| | | |
|---|---|---|
| **Reel/Frame:** 3503/0066 | **Recorded:** 03/19/2007 | **Pages:** 3 |

**Conveyance:** CHANGE OF NAME

**Assignor:** VAN CLEEF & ARPELS LOGISTICS S.A.
**Exec Dt:** 11/23/2006
**Entity Type:** CORPORATION
**Citizenship:** SWITZERLAND

**Assignee:** VAN CLEEF & ARPELS SA
**Entity Type:** CORPORATION
**Citizenship:** SWITZERLAND

8 ROUTE DE CHANDOLAN

1752 VILLARS-SUR-GLANE, SWITZERLAND

**Correspondent:** LAWRENCE ELI APOLZON

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

866 UNITED NATIONS PLAZA

NEW YORK, NY 10017

Search Results as of: 03/13/2018 05:50 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX | SEARCH | *eBUSINESS* | CONTACT US | PRIVACY STATEMENT |

Int. Cls.: 14 and 25

Prior U.S. Cls.: 2, 22, 27, 28, 39 and 50

**United States Patent and Trademark Office**

Reg. No. 3,489,019

Registered Aug. 19, 2008

### TRADEMARK
### PRINCIPAL REGISTER

# ALHAMBRA

VAN CLEEF & ARPELS S.A. (SWITZERLAND SOCIÉTÉ ANONYME)
8 ROUTE DE BICHES
CH-1752 VILLARS-SUR-GLÂNE
SWITZERLAND

FOR: JEWELRY; CLOCK AND WATCH MAKING, NAMELY, WATCHES, WATCH BRACELETS, CHRONOMETERS, CLOCKS, HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS AND CASES THEREFORE, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: BLOUSES; T-SHIRTS; KNITWEAR, NAMELY, KNIT SHIRTS, KNIT SCARVES, KNIT CARDIGANS; SWEATSHIRTS; JACKETS; GARMENTS, NAMELY, SHAWLS, SWEATERS, TROUSERS, SKIRTS; JEANS; TROUSERS AND SUITS; CAPS; HATS; SCARVES; LINGERIE; PAJAMAS; COATS;BOOTS; SLIPPERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF INTERNATIONAL REGISTRATION 0940168 DATED 7-30-2007, EXPIRES 7-30-2017.

OWNER OF U.S. REG. NO. 2,751,878.

SER. NO. 79-044,830, FILED 7-30-2007.

MICHAEL TANNER, EXAMINING ATTORNEY