UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-60156-CIV-SINGHAL

CARTIER INTERNATIONAL A.G. and
VAN CLEEF & ARPELS SA,

      Plaintiffs,
vs.

THE INDIVIDUAL, BUSINESS ENTITY,
OR UNINCORPORATED ASSOCIATION
d/b/a THE E-COMMERCE STORE NAMES
IDENTIFIED ON SCHEDULE "A,"

      Defendant.
_____/

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs, Cartier International A.G. and Van Cleef & Arpels SA, identify below all parent corporations and any publicly held corporations that own 10% or more of their stock:

Compagnie Financière Richemont SA is the corporate parent of each of the Plaintiffs, Cartier International A.G. and Van Cleef & Arpels SA.

Compagnie Financière Richemont SA is a publicly held corporation that owns 10% or more of each of the Plaintiffs, Cartier International A.G. and Van Cleef & Arpels SA.

DATED: January 29, 2024.      Respectfully submitted,

STEPHEN M. GAFFIGAN, P.A.

By: __**Stephen M. Gaffigan**__
Stephen M. Gaffigan (Fla. Bar No. 025844)
Virgilio Gigante (Fla. Bar No. 082635)
T. Raquel Wiborg-Rodriguez (Fla. Bar. No. 103372)
Christine Ann Daley (Fla. Bar No. 98482)
Mallory Ruth Denzl (Fla. Bar No. 1050351)
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
E-mail: Stephen@smgpa.cloud
E-mail: Leo@smgpa.cloud

E-mail: Raquel@smgpa.cloud
E-mail: Christine@smgpa.cloud
E-mail: MalloryR@smgpa.cloud

Attorneys for Plaintiffs